JUDGE PAULEY

BROWN GAVALAS & FROMM LLP
Attorneys for Petitioner
UNICORN ENTERPRISES INC.
355 Lexington Avenue
New York, New York 10017
(212) 983-8500



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

UNICORN ENTERPRISES INC.,

                    *Petitioner,*

   -against-

SIDERURGICA DEL NORTE S.A.,

                   *Respondent.*
--------------------------------------------------X

Case No.: 11 Civ.

**ECF Case**

**PETITION TO
COMPEL ARBITRATION**

     Petitioner, UNICORN ENTERPRISES INC. ("Petitioner"), by and through its attorneys, Brown Gavalas & Fromm LLP, hereby petitions the Court upon information and belief as follows:

    1.    This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  The Court has jurisdiction under 28 U.S.C. § 1333.

    2.    This action is governed by the provisions of the Arbitration Act, 9 U.S.C. §§ 1-15, which provide for the enforcement of maritime arbitration agreements by federal courts.

    3.    Venue in this Court is proper pursuant to 9 U.S.C. § 4 because the parties agreed to arbitrate their claims in New York.

    4.    At all material times, Petitioner was and still is a corporation formed and existing under and by virtue of the laws of the Marshall Islands with an office and place of business at

Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands. Petitioner is the registered owner of the vessel OCEAN VOYAGER (the "Vessel").

5.    At all material times, respondent Siderurgica del Norte S.A. ("Respondent") was and still is a corporation formed and existing under and by virtue of the laws of Colombia, with an office and place of business at Via 40 No. 76-188, Barranquilla, Colombia.

6.    On or about May 23, 2010, Petitioner, as owner, and Respondent, as charterer, entered into an agreement whereby Petitioner agreed to let, and Respondent agreed to hire, the Vessel under certain terms and conditions more fully set out in the parties' agreement (the "Charter Agreement"). A copy of the fixture recapitulation dated May 23, 2010 and charterer's pro forma setting forth the terms of the Charter Agreement is annexed hereto as Exhibit "A".

7.    The Charter Agreement contains an arbitration clause that provides:

**CLAUSE 36: (ARBITRATION)**

Any dispute arising between Owners and Charterers under this Charter-Party shall be referred to Arbitration in New York and USA law to apply.

One arbitrator to be appointed by Owners and the other by Charterers. In case the two arbitrators not agreeing, an umpire to be appointed by them. The award of the two arbitrators or the umpire to be final and binding upon both parties. For claims up to USD50,000 inclusive, the LMMA [sic] Small Claims Procedure to apply. Any claim to be time barred after twelve (12) months of completion of discharge, unless arbitration has been sooner commenced.

8.    During the course of performance of the Charter Agreement, certain disputes arose between the parties concerning detention of the vessel and delays incurred by Respondent at the load port of Charlestown, South Carolina and at the discharge port of Barranquilla, Colombia, causing Petitioner to sustain damages of at least $56,811. Despite Petitioner's attempts to settle these disputes amicably, Respondent has refused to compensate Petitioner for

damages it incurred due to the Vessel's detention and other delays.

     9.     Although Petitioner's damages amount to at least $56,811, Petitioner has reduced its claim to $50,000 so that the proceedings will be governed by the London Maritime Arbitrators Association Small Claims Procedure, including appointment of a sole arbitrator and use of written submissions. A copy of the London Maritime Arbitrators Association Small Claims Procedures is annexed hereto as Exhibit "B".

     10.    On or about February 4, 2011, Petitioner, through undersigned counsel, sent a letter to Respondent demanding arbitration of its detention claims and appointing Mr. Thomas F. Fox as sole arbitrator, pursuant to the Charter Agreement. Petitioner's letter also demanded that Respondent agree to Mr. Fox's appointment or provide names of arbitrators whom Respondent would accept as sole arbitrator, as required by the Charter Agreement. A copy of the Petitioner's demand for arbitration is annexed hereto as Exhibit "C".

     11.    Respondent has failed and blatantly refused to appoint an arbitrator, as it is required to do under the terms of the Charter Agreement.

     **WHEREFORE**, Petitioner respectfully requests that this Honorable Court grant this petition and issue an order:

    A.  Appointing Mr. Thomas F. Fox or another arbitrator from the Roster of Members of the Society of Maritime Arbitrators, a copy of which is annexed hereto as Exhibit "D", as sole arbitrator pursuant to 9 U.S.C. § 5, or, in the alternative, directing Respondent to provide names of other arbitrators who would be acceptable to Respondent pursuant to 9 U.S.C. § 4;

    B.  Granting to Petitioner the reasonable attorneys' fees, costs, and disbursements necessitated by this Petition; and

C.  For such further and different relief as the Court deems just and proper.

Dated: New York, New York
       May 16, 2011

                                    BROWN GAVALAS & FROMM LLP
                                    Attorneys for Petitioner
                                    UNICORN ENTERPRISES INC.

                    By:

                                    Peter Skoufalos (PS-0105)
                                    Patrick R. O'Mea (PO-0424)
                                    355 Lexington Avenue
                                    New York, New York 10017
                                    (212) 983-8500
                                    pro@browngavalas.com

# EXHIBIT "A"

Poseidon Shipping, LLC
20 Little Acorn Lane
Saint Simons Island, GA 31522

Phone  912 6380366
Fax    954 9034095
Email  chartering@poship.com
Mobile 912 5062551/954 8739553

SERGEY/PATRICK

OCEAN VOYAGER/SIDUNOR- STEELS - CHARLESTON/BARRANQUILLA - CP DTD 5.23.10

Good day Patrick, ref our various telcons/exchanges over last few days we are very pleased to confirm how we are fully fixed clean as per below recap. Thanks again your efforts and glad we were able to put this together.

Please find recap below, will send packing list asap to confirm stow plan:


-M/V  OCEAN VOYAGER
CONTAINER CARRIER/BULK SINGLEDEC
DWT 7276 MTS ON 7.12 M SSW
SNT. VINCENT FLAG
BLT 94
GRT/NRT  7249/3094
LOA/BEAM/DM 134.2/19.9/9.9
4 HO / 4 HA

|      | L (M) | B (M) |
|------|-------|-------|
| HO1  | 14.1  | 12.8  |
| HO2  | 19.0  | 16.3  |
| HO3  | 19.1  | 16.3  |
| HO4  | 19.5  | 16.3  |


HATCH 1 (M)        12.4x12.8
HATCH 2 TO 4 (M)  18.6X15.2

GRAIN / BALE (CUB M)

HO1  1590/1570
HO2  3080/3050
HO3  3090/3060
HO4  2960/2930
TTL 10720/10610
CONTAINER CAPACITY:
20' TEUS FULLY EMPTY  (NOMINAL) ABT 400 BOXES
STRENGTHENESS (MTS/PER SQ.M)
HATCH  1:          1.5
HATCHES  2-4:      1.7
TANKTOP 1:         8.0
TANKTOP 2-4:       8.3
WATER BALLAST CAPACITY      1600 CBM
BUNKER CAPACITY IFO         600 MTS
BUNKER CAPACITY DIESEL      94 MTS
SPEED / CONSUMTION AT SEA
abt 12.0 KNTS  IFO 180  14.5 MTS plus  ABT 2.1 MTS MGO
CRANES 2x30 MTS
CO2 FITTED IN HOLDS
ADA WOG
-HEAD OWNERS - UNICORN ENERTPRISES INC, MARSCHALL ISL.

- OWNERS TO ADVISE:

-VESSELS FULL DESCRIPTION INCLUDING HATCH/HOLD SIZES AND DECK/TWEEN DECK CONFIGUATIONS
A) VESSELS ITINERY INCLUDING PART CARGO LOAD/ DISCH PORTS AND ETA LOAD

PORT: - VSL OPEN SPOT IN PUERTO CABELLO - FINISHED DISAHRGING TODAY AND READY TO SAIL.ETA MARCH 27TH AGW WP WOG
B) HULL AND MACHINERY VALUE - USD 5.8M
C) LAST DRY DOCKING AND NEXT SPECIAL SURVEY: LAST 06.2009/ NEXT 07.2014
D) P+I CLUB & CLASS: INGOSSTRAKH / RS
E) CRANE OUTREACH: 25 M PORT SIDE / 5 M STARBOARD
- OWRS CONFIRM THAT PERFORMING VESSEL TO BE GEARED SINGLE/TWEEN DECK
AND, MAX 25 YEARS, WITH MIN 2 X 25 MT CRANES (NOT DERRICKS) SERVING ALL HOLDS/PARTS OF
HOLDS WHERE CARGO WILL BE WORKED, SIMULTANEOUSLY AND INDEPENDANTLY, TO BE
MAINTAINED HIGHEST LLOYD'S CLASS OR EQUIVALENT AND HAS FULL FIRST CLASS
P&I COVERAGE FOR THE DURATION OF THE CHARTER PARTY AND HAS ISM/DOC, ISSM
CERTIFICATES

- VESSEL TO BE FULLY SUITABLE FOR THE CARRIAGE OF SUBJECT STEEL CARGO IN
SO FAR AS VESSEL OF THIS TYPE CAN BE, WITH ENGINE AND BRIDGE AFT,
PROVIDING SUFFICIENT BOTTOM FLOOR SPACE WITHOUT STANCHIONS , OR OTHER
OBSTACLES, SUITABLE FOR WORKING WITH FORK LIFTS SUBJECT TO TANK TOP STRENGTH OR OTHER
MECHANICAL
EQUIPMENT, COMPATIBLE WITH FLOOR TANK TOP STRENGTH, AND CHARTERERS OPTION TO
MACHINE STOW THE CARGO . CARGO NOT TO BE LOADED IN DEEP TANKS AND TUNNEL
AREAS , VESSEL TO SUPPLY SUFFICIENT LIGHT FOR NIGHT WORK AS ON BOARD, IF
REQUIRED. owners clarified that forklift allowed to work subject tank top strenght allows (weight of forklift plus weight of coil).

MIN 2 X 25 MT SWL, ALL STATUTORY AND CERT IN ORDER AND VALID SUB CGO INSURANCE
CO APROVAL OWNERS TO GUARANTEE THAT 25T WILL PERFORM TO EXPECTED RATE.

ANY SLOW DOWN DUE TO CRANE CAPACITY WILL BE ADVISE TO OWNER, AND IF TIME LOST DUE TO THIS SLOW
DOWN WILL COUNT PRORATA"

-AT LOAD VESSEL TO TENDER 5/ 3 DAYS WITH 48/24 HRS DEFINITE ARRIVAL

APROX DIM OF CARGO: DIAMETRO 2.10 MTS MAX ANCHO 1.22 MTS MAX, WEIGHT 15-20 MAX


FOR

-A/C: SIDERURGICA DEL NORTE (SIDUNOR) OR NOM

- FULL/PART CARGO IN OWNERS OPTION OF 6,300 MT 3 PCT MOLCHOPT HRC (HOT ROLLED COILS) WHICH TO BE
STOWED/CARRIED UNDER DECK

CARGO TO BE LOADED IN MIN 2 HOLDS. DIAMETRO 2.10 MTS MAX ANCHO 1.22 MTS MAX
WEIGHT 15-20 MAX

ALL CARGO TO BE LOADED MAX 2 TIER HIGH, IF OWNERS DECIDE 3 TIERS CHRTS NOT TO BE LIABLE FOR ANY
UNFORSEEN DAMAGE TO VSL STRUCTURE. CHRTS TO BE FREE OF ANY WHATSOEVER CLAIM.


PART CARGO ALLOWED BUT NO OTHER CARGO TO BE LOADED ON TOP OF CHRTRS CARGO. ANY SEPARATION IF
REQUIRED FOR LOADING OF PART CARGO(ES) TO BE FOR OWNERS TIME, RISK AND EXPENSE.

OWNERS TO REMAIN FULLY RESPONSIBLE FOR ANY CONTAMINATION CAUSED BY LOADING OR PART CARGOES
ON THE VESSEL. OWNERS WARRANT THAT ANY COMPLETION CARGO WILL IN NO WAY INTERFERE WITH THIS
CARGO AND OPERATION THEREOF.

PLUS A COIL HOOK FOR TO BE CARRIED ON DECK/UNDER DECK IN OWNERS OPTION
SAID COIL HOOK IS FOR/TO BE USED FOR LOADING/DISCHARGING STEEL COILS
Approx. Weight: 11,350 Lbs (5149 kg)
Shipping Dimensions:  7' (2.14m) Wide x 10' (3.05m) Long x 3' (0.92m) High, laying on its side

-L/S/D TO BE FOR CHARTERERS ACCT TO MASTER'S SATISFACTION

- OWNERS CONFIRM SUFFICIENT TANK TOP STRENGTH TO PROPER LOAD/CARRY/DISCH CHARTERERS CARGO IN
ACCORDANCE OF DESCRIPTION OF COILS GIVEN (COILS ARE ALWAYS LOADED IN DESCRIPTION GIVEN. SO FAR
DESCRPTION IS OK FOR TT)

- LAYCAN May 22 – May 29, 2010 (EXPECTED ETA 27TH MAY AGW/WP IF CASE SUBS LIFTED TODAY)

- LOAD: 1SB/SA ALWAYS AFLOAT CHARLESTON, SC IN CHOPT (J PIER AT LIBERTY TERMINAL)

- DISCHARGE: 1SB OR SA ALWAYS AFLOAT BARRANQUILLA, COLOMBIA IN CHOPT (INTENTION ANCHORAGE BUOY 14 OR DESIGNATED ANCHORAGE AREA)

- OWNERS TO SATISFY THEMSELVES ON RESTRICTIONS BOTH ENDS. OWNERS CONFIRM THAT THEY HAVE CHECKED LOAD/DISCHARGE PORTS AND HAVE SATISFIED THEMSELVES  THAT PERFORMING VESSEL IS SUITABLE IN ALL RESPECTS FOR THIS TRADE AT THIS TIME IN THESE PORTS. OWNERS RESPONSIBILITY TO LOAD/SAIL AND DISCHARGE BASIS PREVAILING DRAFTS/RESTRICTIONS.

-FREIGHT: USD 47.50  PMT (1/1) FREE IN / OUT L/S/D

-FREIGHT PAYMENT:
100 PCT FREIGHT PAYABLE VIA MIDSHIP LESS BROKER/ADDRESS COMMISSIONS
WITHIN 5 BANKING DAYS AFTER SIGNING AND RELEASING BILLS OF LADING MARKED "
STOWED UNDER DECK " / " FREIGHT PAYABLE AS PER C/P " AND DRAWN UP IN
ACCORDANCE WITH THE MATE'S RECEIPTS. IF FREIGHT PREPAID B/LS REQUIRED
THEN SAME ONLY TO BE RELEASED UPON ACTUAL RECEIPT OF FRT PAYMENT /
SWIFT CONFIRMATION OF PAYMENT . HOWEVER PAYMENT ALWAYS TO BE DONE BEFORE
BREAKING BULK AND DEEMED EARNED AND NON-RETURNABLE VOCLONL

-CLEAN ON BOARD BILLS OF LADING AGAINST CLEAN MATES RECEIPTS

-ALL CARGO TO BE LOADED. CHARTERERS WILL ARRANGE FOR THEIR OWN SURVEYOR
WHICH WILL BE PRESENT DURING OWNERS SURVEY WITH OWNERS P & I SURVEYOR A/O
MASTER. THIS SURVEY WILL BE DONE AT THE DOCK WHERE CARGO WILL BE LOADED
FROM. MATES RECEIPT REMARKS, IF ANY , ARE TO BE SPECIFIC AND CARGO RELATED
AND HAVE TO BE QUALIFIED AND QUANTIFIED. REMARKS LIKE "ANY" OR " SOME " OR
IN PERCENTAGE WILL NOT BE ACCEPTED. REMARKS NOT CLEARLY STATING THE NUMBER
OF PIECES PER REMARK THEN ARE NOT BE ACCEPTED."

- IF ORIGINAL B/LS ARE NOT AVAILABLE UPON THE ARRIVAL OF THE VESSEL THE
CARGO CAN BE DISCHARGED AND RELEASED WITHOUT PRESENTATION OF THE ORIGINAL
B/LS AGAINST ISSUANCE AND SIGNATURE OF AN LOI BY CHRTS TO THIS EFFECT IN OWNERS WORDING BUT
WITHOUT A BANK LETTER GUARANTY

-LOAD RATE: CQD TERMS (CUSTOMARY QUICK DESPATCH)

-DISCH TERMS: 3,750MT PWWD OF 24 CONSEC HOURS SHINC  SUPER HOLIDAY EXCLUDED . Basis CGO BE LOADED
IN MIN 2 HOLDS, 2 CRANES WORKING SIMULTANEAUSLY AT ALL TIMES.

- DEMM/DETENTION TO BE USD 7,500 /HD PD PR lts bends

-12 HRS TT BENDS, UNLESS SOONER COMMENCED IN WHICH CASE TIME TO COUNT

-OWNERS AGENTS AT LOAD PORT (CAROLINA SHIPPING), CHARTERERS AGENTS AT DISPORT (INTERSHIP)

-IF CHARTERERS REQUIRE, OWNERS CONFIRM POSSIBLE, AS LONG AS AS DRAFT OBLS ARE PRESENTED TO
OWNERS WITH REASONABLE ANTICIPATION, TO PLACE ONE ORIGINAL BILL OF LADING ONBOARD AT LOAD
PORT FOR DELIVERY TO CHARTERERS/RECEIVERS. OR THEIR REPRESENTATIVE, ON VESSEL'S ARRIVAL AT
DISCHARGE PORT AGAINST WHICH CARGO IS TO BE RELEASED, PROVIDED THE APPRORIATE P AND I
RECOMMENDED WORDING IS INCLUDED IN THE B/L

-ANY LOI, IF APPLICABLE, TO BE SIGNED BY CHARTERERS

-DUNNAGE REMOVAL/ DISPOSAL TO BE FOR OWNERS ACCT

-TAXES / DUES ON VESSEL / FREIGHT /RIVER TOLLS TO BE FOR OWNERS ACCOUNT.

-TAXES / DUES ON CARGO TO BE FOR CHARTERERS / SHIPPERS / RECEIVERS ACCOUNT.

-US LAW TO APPLY/ARBITRATION IN NY

-OPENING AND CLOSING OF HATCHES SHALL ALWAYS BE DONE BY SHIP'S CREW IF PERMITTED.

-5 PCT TTL HERE FOR DIVISION

-OTHERWISE SUB CHARTERERS PROFORMA C/P DATED ARP 22, 2010 LOGICALLY AMMENDED AS PER MAIN TERMS and with following amendments:

-line: 70-72 to delete 'on request .... in which latter event'
-clause 20: to be adjusted in accordance with per m/terms. to add : ' if shippers/notify/consigneee in bs/l differs from same in m/receipts  then chrts to issue standard loi of owners form for such difference'
-clause 56: to read ' no through bs/l to be issued under this charter party. no bs/l governed by hamburg rules to be issued under this charter party otherwise chatereres to bear all responsibility to cover any liability of carrier in access of hague or hague-visby rules'

END

Trust you will find above as our agreement, thanks again your good efforts and hoping for a smooth voyage for all parties concerned.

RGDS

| 1. Shipbroker | RECOMMENDED THE BALTIC AND INTERNATIONAL MARITIME COUNCIL UNIFORM GENERAL CHARTER (AS REVISED 1922, 1976 and 1994) (To be used for trades for which no specially approved form is in force) CODE NAME: "GENCON", Part 1 |
|---|---|
| MID-SHIP MARINE, INC. 145 Main Street Port Washington, NY 11050 **WORKING COPY** | 2. Place and date New York, April 22, 2010 |
| 3. Owners/Place of business (Cl. 1) Disponent Owners: BBC Chartering and Logistics GMBH | 4. Charterers/Place of business (Cl. 1) Siderurgica Del Norte (Sidunor) |
| 5. Vessel's name (Cl. 1) M/V Carola (See Clause 43) | 6. GRT/NRT (Cl. 1) (See Clause 43) |
| 7. DWT all told on summer load line in metric tons (abt.) (Cl. 1) (See Clause 43) | 8. Present position (Cl. 1) (See Clause 43) |
| 9. Commencement of laydays April 26, 2010 (Laycan April 26 – May 5, 2010) (See Clause 24) | |
| 10. Loading port or place (Cl. 1) 1 safe port safe berth always afloat Tampico, Mexico (See Clause 51) | 11. Discharging port or place (Cl. 1) 1 safe port safe berth always afloat or 1 Safe Anchorage Barranquilla Colombia (See Clause 51) |
| 12. Cargo (also state quantity and margin in Owners' option, if agreed; if full and complete cargo not agreed state "part cargo" (Cl. 1) Full safe cargo of min/max 8,000 steel billets, abt 4.5MT each bundle or loose, 1300 x 1300 MM x 9 M length (See Clause 42) | |
| 13. Freight rate (also state whether freight prepaid or payable on delivery) (Cl. 4) 3 PMT, (1/1) free in/out, lashed secured dunnaged at Master's satisfaction as sole cargo. (See Clause 20) | 14. Freight payment (state currency and method of payment, also beneficiary and bank account) (See Clause 20) |
| 15. State if vessel's cargo handling gear shall not be used (Cl. 5) | 16. Laytime (if separate laytime for load- and disch- is agreed, fill in a) and b). If total laytime for load. And disch., fill in c) only) (Cl. 6) |
| 17. Shippers/Place of business (Cl. 6) Mexico | (a) Laytime for loading (See Clause 21) |
| 18. Agents (loading) (Cl. 6) (See Clause 33) | (b) Laytime for discharging (See Clause 21) |
| 19. Agents (discharging) (Cl. 6) (See Clause 33) | (c) Total laytime for loading and discharging (See Clause 21) |
| 20. Demurrage/Despatch rate at loading port and discharge port (See Clause 21) | 21. Cancelling date (Cl. 9) (See Clause 24) |
| | 22. General Average to be settled in USA (See Clause 22) |
| 23. Freight Tax (state if for Owners' account) (Cl. 13 (c)) (See Clause 32) | 24. Brokerage commission of 3.75% TTL for division including address commission/broker commissions on freight, deadfreight and demurrage. |
| 25. Law and Arbitration (state 19(a), 19(b) or 19(c) of Cl. 19; if 19(c) agreed also state Place of Arbitration (if not filled in 19(a) shall apply) (Cl. 19) New York (See Clause 36) | 26. Additional clauses covering special provisions, if agreed Clauses 20-55 to be fully incorporated and form part of this Charter Party |
| (a) State maximum amount for small claims/shortened arbitration (Cl. 19) USD 50,000 (See Clause 36) | |

It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter Party which shall include Part I as well as Part II. In the event of a conflict of conditions, the provisions of Part I shall prevail over those of Part II to the extent of such conflict.

| Signature (Owners) | Signature (Charterers) |
|---|---|
| | |

# PART II

## "Gencon" Charter (As Revised 1922, 1976 and 1994)

1. It is agreed between the party mentioned in Box 3 as the Owners of the Vessel named in Box 5, of the GT/NT indicated in Box 6 and carrying about the number of metric tons of deadweight capacity all told on summer loadline stated in Box 7, now in position as stated in Box 8 and expected ready to load under this Charter Party about the date indicated in Box 9, and the party mentioned as the Charterers in Box 4 that:

The said Vessel shall, as soon as her prior commitments have been completed, proceed to the loading port or place as stated in Box 10 or so near thereto as she may safely get and lie always afloat, and there load a full and complete cargo... and being so loaded the Vessel shall proceed to the discharging port or place as stated in Box 11 as ordered on signing Bills of Lading, or so near thereto as she may safely get and lie always afloat, and there deliver the cargo.

## 2. Owners' Responsibility Clause

The Owners are to be responsible for loss of or damage to the goods or for delay in delivery of the goods only in case the loss, damage or delay has been caused by personal want of due diligence on the part of the Owners or their Manager to make the Vessel in all respects seaworthy and to secure that she is properly manned, equipped and supplied, or by the personal act or default of the Owners or their Manager.

And the Owners are not responsible for loss, damage or delay arising from any other cause whatsoever, even from the neglect or default of the Master or crew or some other person employed by the Owners on board or ashore for whose acts they would but for this Clause be responsible, or from unseaworthiness of the Vessel on loading or commencement of the voyage or at any time whatsoever.

## 3. Deviation Clause

The Vessel has liberty to call at any port or ports in any order, for any purpose, to sail without pilots, to tow and/or assist Vessels in all situations, and also to deviate for the purpose of saving life and/or property.

## 4. Payment of Freight   (See Clause 20)

(a) The freight at the rate stated in Box 13 shall be paid in cash calculated on the intaken/delivered quantity of cargo.

(b) Prepaid. If according to Box 13 freight is to be paid on shipment, it shall be deemed earned and non-returnable, Vessel and/or cargo lost or not lost.

(c) On delivery. If according to Box 13 freight, or part thereof, is payable at destination it shall not be deemed earned until the cargo is thus delivered.

## 5. Loading/Discharging

### (a) Costs/Risks

The cargo shall be brought into the holds, loaded, stowed and/or trimmed, tallied, lashed and/or secured and taken from the holds and discharged by the Charterers, free of any risk, liability and expense whatsoever to the Owners.

### b) Cargo Handling Gear (See Clause 26)

Unless the Vessel is gearless or unless it has been agreed between the parties that the Vessel's gear shall not be used and stated as such in Box 15, the Owners shall throughout the duration of loading/discharging give free use of the Vessel's cargo handling gear and of sufficient motive power to operate all such cargo handling gear.

### (c) Stevedore Damage (See Clause 26)

The Charterers shall be responsible for damage (beyond ordinary wear and tear) to any part of the Vessel caused by Stevedores.

## 6. Laytime   (See Clause 21)

### *(a) Separate laytime for loading and discharging

### (b) Total laytime for loading and discharging

### (c) Commencement of laytime (loading and discharging)

## 7. Demurrage (See Clause 47, 21)

Demurrage at the loading and discharging port is payable by the Charterers at the rate stated in Box 20 in the manner stated in Box 20 per day or pro rata for any part of a day. Demurrage shall fall due day by day and shall be payable upon receipt of the Owners' invoice.   (See Clause 42a)

## 8. Lien Clause

The Owners shall have a lien on the cargo and on all sub-freights payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering same.

## 9. Cancelling Clause

(a) Should the Vessel not be ready to load (whether in berth or not) on the cancelling date indicated in Box 21, the Charterers shall have the option of cancelling this Charter Party.

## 10. Bills of Lading (See Clause 20)

Bills of Lading shall be presented and signed by the Master as per the "Congenbill" Bill of Lading form, Edition 1994, without prejudice to this Charter Party, or by the Owners' agents provided written authority has been given by the Owners to the agents, a copy of which is to be furnished to the Charterers.

## 11. Both-to-Blame Collision Clause

If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Owners in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Owners against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo.

## 12. General Average and New Jason Clause: (See Box 22)

General Average shall be adjusted in London unless otherwise agreed in Box 22 according to York-Antwerp Rules 1994 and any subsequent modification thereof.

## 13. Taxes and Dues   (See Clause 20)

(a) On Vessel. The Owners shall pay all dues, charges and taxes customarily levied on the Vessel, howsoever the amount thereof may be assessed.

PART II
"Gencon" Charter (As Revised 1922, 1976 and 1994)

14. Agency   (See Clause 37)                                              207
                                                                          209

                                                                          209

15. Brokerage   (See Box 24)
A brokerage commission at the rate stated in Box 24 on the freight, dead-freight   211
and demurrage earned is due to the party mentioned in Box 24.              212
On shipment of cargo on loaded mentioned in Box 24.                        213
freight to be paid by the party responsible to such non-execution to the  244
brokers as indemnity for the latter's expenses and work. In case of more- 245
voyages the amount of indemnity to be agreed                              246

16. General Strike Clause
(a) If there is a strike or lock-out affecting or preventing the actual loading of   216
cargo or any part of it, when the Vessel is ready to proceed from her last port or   218
at any time during the voyage to the port or ports of loading or after her arrival   220
there the Master or the Owners may ask the Charterers to declare, that they        222
agree to reckon the laydays as if there were no strike or lock-out. Unless the     223
Charterers have given such declaration in writing (by telegram, if necessary)     225
within 24 hours, the Owners shall have the option of cancelling this Charter       226
Party. If part cargo has already been loaded, the Owners must proceed with        228
same, freight payable on loaded quantity only) having liberty to complete with    230
other cargo on the way for their own account.                              232

(b) If there is a strike or lock-out affecting or preventing the actual discharging  234
of the cargo on or after the Vessel's arrival at or off port of discharge and same  235
has not been settled within 48 hours, the Charterers shall have the option of      236
keeping the Vessel waiting until such strike or lock-out is at an end against      237
paying half demurrage after expiration of the time provided for discharging,       238
until the strike or lockout terminates and thereafter full demurrage until the     239
payable until the completion of discharging or of ordering the Vessel to a safe    240
port where she can safely discharge without risk of being detained by strike or    241
lock-out. Such orders to be given within 48 hours after the Master or the          242
Owners have given notice to the Charterers of the strike or lock-out affecting     244
the discharge. On delivery of the cargo at such port, all conditions of this       245
Charter Party and of the Bill of Lading shall apply and the Vessel shall receive   246
the same freight as if she had discharged at the original port of destination       247
except that if the distance to the substituted port exceeds 100 nautical miles     248
the freight on the cargo delivered at the substituted port to be increased in      249
proportion                                                                 250

(c) Except for the obligations described above, neither the Charterers nor the     246
Owners shall be responsible for the consequences of any strikes or lockouts        247
preventing or affecting the actual loading or discharging of the cargo.            248

17. War Risks   ("Voywar 1993")   (See Clause 53)                         247
(1) For the purpose of this Clause the words                               248
    (a) The "Owners" shall include the shipowners, bareboat charterers,     249
    disponent owners, managers or other operators who are charged with the  250
    management of the Vessel, and the Master; and                          251
    (b) "War Risks" shall include any war (whether actual or threatened) act of   252
    war, civil war, hostilities, revolution, rebellion, civil commotion, warlike   253
    operations, the laying of mines (whether actual or reported), acts of piracy,  254
    acts of terrorists, acts of hostility or malicious damage, blockades (whether   255
    imposed against all Vessels or imposed selectively against Vessels of certain   256
    flags or ownership, or against certain cargoes or crews or otherwise           257
    howsoever), by any person, body, terrorist or political group, or the          258
    Government of any state whatsoever, which, in the reasonable judgement of       259
    the Master and/or the Owners, may be dangerous or are likely to be or to       260
    become dangerous to the Vessel, her cargo, crew or other persons on board the   261
    Vessel                                                                 262
    (2) If at any time before the Vessel commences loading, it appears that, in the   263
    reasonable judgement of the Master and/or the Owners, performance of the        264
    Contract of Carriage, or any part of it, may expose, or is likely to expose, the   265
    Vessel, her cargo, crew or other persons on board the Vessel to War Risks.      266
    On any part thereof, to War Risks; may give notice to the Charterers cancelling   267
    this Contract of Carriage, or may refuse to perform such part of it as may       268
    expose, or may be likely to expose, the Vessel, her cargo, crew or other         269
    persons on board the Vessel to War Risks; provided always that if this          270
    Contract of Carriage provides that loading or discharging is to take place       271
    within a range of ports, and at the port or ports nominated by the Charterers    272
    the Vessel, her cargo, crew or other persons may be exposed to War Risks the    273
    Owners shall first require the Charterers to nominate any other safe port which   274
    lies within the range for loading or discharging, and may only if the             275
    Charterers shall not have nominated such safe port or ports within 48 hours of   276
    receipt of notice of such requirement, decline to load or discharge the cargo at   277
    the port or ports nominated by the Charterers. The Owners shall not be           278
    required to proceed to load or discharge the cargo at any such port or place      279
    whatsoever                                                              280
    (3) The Owners shall not be required to continue to load cargo for any voyage,    281
    or to sign Bills of Lading for any port or place, or to proceed or continue on any   282
    voyage, or on any part thereof, or to proceed through any canal or waterway,      283
    or to proceed to or remain in any port or place whatsoever, where it appears,     284
    either after the loading of the cargo commences, or at any stage of the voyage    285
    thereafter before the discharge of the cargo is completed, that, in the            286
    reasonable judgement of the Master and/or the Owners, the Vessel, her cargo      287
    (or any part thereof), crew, or other persons on board the Vessel (or any one      288
    or more of them) may be, or are likely to be, exposed to War Risks. If it         289
    should so appear, the Owners may by notice request the Charterers to nominate   290
    a safe port for the discharge of the cargo or any part thereof, and if within 48   291
    hours of the receipt of such notice, the Charterers shall not have nominated       292
    such a port, the Owners may discharge the cargo at any safe port of their         293
    choice (including the port of loading) in complete fulfilment of the Contract of   294
    Carriage. The Owners shall be entitled to recover from the Charterers the extra   295
    expenses of such discharge and, if the discharge takes place at any port other     296
    than the loading port, to receive the full freight as though the cargo had been    297
    carried to the discharging port and if the extra distance exceeds 100 miles, to    298
    additional freight which shall be the same percentage of the freight               299
    contracted for as the percentage which the extra distance represents to the        300
    distance of the normal and customary route, the Owners having a lien on the       301
    cargo for such expenses and freight                                      302
    (4) If at any stage of the voyage after the loading of the cargo commences, it      303
    appears that, in the reasonable judgement of the Master and/or the Owners,         304
    the Vessel, her cargo, crew or other persons on board the Vessel (or any one or    305
    more of them) may be, or are likely to be, exposed to War Risks on any part of      306
    the route (including any canal or waterway) which is normally and customarily      307
    used in a voyage of the nature contracted for, and there is another route           308
    available which will not expose the Vessel to War Risks; then the Owners           309
    shall give notice to the Charterers that this route will be taken. In this event     310
    the Owners shall, if the total extra distance exceeds 100 miles, be entitled to     311
    additional freight which shall bear the same percentage to the freight             312
    contracted for as the percentage which the extra distance represents to the        313
    distance of the normal and customary route                             314

(6) The Vessel shall have liberty:-                                        314
    (a) to comply with all orders, directions, recommendations or advice as to       315
    departure, arrival, routes, sailing in convoy, ports of call, stoppages,         316
    destinations, discharge of cargo, delivery or in any way whatsoever which         317
    are given by the Government of the Nation under whose flag the Vessel sails,      318
    or other Government to whose laws the Owners are subject, or any other            319
    Government which so requires, or any body or group acting with the power to      320
    compel compliance with their orders or directions;                       321
    (b) to comply with the orders, directions or recommendations of any war         322
    risks underwriters who have the authority to give such orders or directions        323
    under the terms of the war risk insurance;                               324
    (c) to comply with the terms of any resolution of the Security Council of the      325
    United Nations, any directives of the European Community, the effective           326
    orders of any other Supranational body which has the right to issue and give      327
    the same, and with national laws aimed at enforcing the same to which the        328
    Owners are subject, and to obey the orders and directions of those who are        329
    charged with their enforcement;                                         330
    (d) to discharge at any other port any cargo or part thereof which may             331
    render the Vessel liable to confiscation as a contraband carrier;         332
    (e) to call at any other port to change the crew or any part thereof or other       333
    persons on board the Vessel when there is reason to believe that they may be      334
    subject to internment, imprisonment or other sanctions;                  335
    (f) where cargo has not been loaded or has been discharged by the               336
    Owners under any provisions of this Clause, to load other cargo for the           337
    Owners own benefit and carry it to any other port or ports whatsoever            338
    whether backwards or forwards or in a contrary direction to the ordinary or       339
    customary route.                                                        340
(7) In compliance with any of the provisions of sub-clauses (2) to (6) of this       341
    Clause anything is done or not done, such shall not be deemed to be a             342
    deviation, but shall be considered as due fulfilment of the Contract of           343
    Carriage.                                                               344
(1) cost to all work-war insurance, including any additional premium incurred         344
    of is whatever reason to be for owners account.                         344

18. General Ice Clause                                                    345
Port of loading                                                           345
(a) In the event of the loading port being inaccessible by reason of ice when the     347
Vessel is ready to proceed from her last port or at any time during the voyage or     348
on the Vessels arrival or in case from safe in after the Vessels arrive, the           350
Master (or their agent) being frozen in it is likely to leave without cargo, and the   351
Owners of any kind be null and void                                      351
(b) If during loading the Master, for fear of the Vessel being frozen in, deems it     352
advisable to leave, he has liberty to do so with what cargo he has on board and       355
    to proceed to any other open port with option of completing cargo for the         355
    Owners benefit for any port or ports including port of discharge. Any part         356
    cargo thus loaded under this Charter Party to be forwarded to destination at the   356
    Vessels expense but against payment of freight, provided that no extra             357
    expenses be thereby created to the Charterers, freight being paid on quantity      358
    delivered (in proportion if lumpsum), all other conditions as per this Charter     359
    Party.                                                                 359
(c) In case of more than one loading port, and if one or more of the ports are         361
    closed by ice, the Master or the Owners to be at liberty either to load the part   362
    cargo at the open port and proceed elsewhere for their own account or under        362
    section (b) or to declare the Charter Party null and void unless the Charterers    363
    agree to load full cargo at the open port.                              364
Port of discharge                                                         366
(a) Should ice prevent the Vessel from reaching port of discharge the              366
    Charterers shall have the option of keeping the Vessel waiting until the           367
    re-opening of navigation and paying demurrage or of ordering the Vessel to a safe   368
    and immediately accessible port where she can safely discharge without risk of     369
    detention by ice. Such orders to be given within 48 hours after the Master or the   370
    Owners have given notice to the Charterers of the impossibility of reaching port   371
    of destination.                                                       372
(b) If during discharging the Master for fear of the Vessel being frozen in deems     373
    it advisable to leave, he has liberty to do so with what cargo he has on board     374
    and                                                                   374
    to proceed to the nearest accessible port where she can safely discharge.         375
    (b) On delivery of the cargo at such port, all conditions of the Bill of Lading     376
    shall apply and the Vessel shall receive the same freight as if she had            377
    discharged at the original port of destination, except that if the distance of the   378
    substituted port exceeds 100 nautical miles, the freight on the cargo delivered     379
    at the substituted port to be increased in proportion                  380

19. Law and Arbitration                                                   382
(a) This Charter Party shall be governed by and construed in accordance with         385
    English law and any dispute arising out of this Charter Party shall be referred to   386
    arbitration in London in accordance with the Arbitration Acts 1950 and 1979 or    387
    any statutory modification or re-enactment thereof for the time being in force.    388
    Unless the parties agree upon a sole arbitrator, one arbitrator shall be            389
    appointed by each party and the arbitrators so appointed shall appoint a third    390
    arbitrator, the decision of the three-man tribunal thus constituted or any two of   391
    them, shall be final. On the receipt by one party of the nomination in writing of   392
    the other party's arbitrator, that party shall appoint their arbitrator within       393
    fourteen days, failing which the decision of the single arbitrator appointed shall   394
    be final.                                                             395
    For disputes where the total amount claimed by either party does not exceed       396
    the amount stated in the arbitration shall be conducted in accordance             397
    with the Small Claims Procedure of the London Maritime Arbitrators               398
    Association.                                                           399
(b) This Charter Party shall be governed by and construed in accordance with         398
    Titles of the United States Code and the Maritime Law of the United States and    399
    should any dispute arise out of this Charter Party, the matter in dispute shall be   400
    referred to three persons at New York, one to be appointed by each of the          401
    parties hereto, and the third by the two so chosen. Their decision or that of any   402
    two of them shall be final, and for purpose of enforcing any award, this           403
    agreement may be made a rule of Court. The proceedings shall be                  404
    conducted in accordance with the rules of the Society of Maritime Arbitrators,     405
    Inc.                                                                   406
    For disputes where the total amount claimed by either party does not exceed       407
    the amount stated in the arbitration shall be conducted in accordance             408
    with the Shortened Arbitration Procedure of the Society of Maritime Arbitrators,   409
    Inc.                                                                   410

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

## CLAUSE 20:  (Freight Payment)

MT (1/1) FREE IN / OUT ST BASIS LASHED SECURED DUNNAGED AT MASTER'S SATISFACTION AS SOLE CARGO.

Freight payable 100%  via MID-SHIP, less broker/address commissions, within 5 banking days after signing and releasing Bills of Lading marked "stowed under deck"/ "freight payable as per Charter Party" and drawn up in accordance with Mate's receipts.

If "Freight Prepaid" Bills of Lading are required then same only to be released upon actual receipt of freight payment/swift confirmation of payment. However, payment always to be done before breaking bulk and deemed earned and non-returnable vcolonl.

Charterers option to have Mates receipts only to be issued at loadport. Bills of Lading to be issued by agents in New York or in Charterers option at loadport. Owner agree to authorize issue of Bills of Lading as per Charterers instructions even if Shippers/Consignee or notify are different from Mates receipt.

If required Master or Agents or Owners to sign clean on board CONGEN Bills of Lading. In case of unclean cargo, Owners to sign clean Bills of Lading against Owner's P&I Letter of Indemnity wording signed by Charterers only without bank guarantees.

If mates receipts have been claused and Charterers require issue of clean on board Bills of Lading then Owners agree same subject to Charterers to issue a LOI in Owners P and I Club wording for non insertion of the remarks in the Bills of Lading.

Any LOI to be signed by Charterers only.

All cargo to be loaded. Charterers will arrange for their own surveyor which will be present during owners Survey with their own P & I surveyor a/o master. This survey will be done at the dock where cargo will be loaded from. Mates receipts remarks, if any, are to be specific and cargo related and have to be qualified and quantified. Remarks like "any" or "some" or in percentage will not be accepted. Remarks not clearly stating the number of pieces per remark then are not accepted.

Mates receipts only to be issued at loadport. Bills of Lading to be issued by Agents (at load or discharge port) in Charterers option. Charterers to confirm where B/L to be issued latest prior loading. Owners agents in Houston or loadport in Charterers option. Charterers to confirm where B/L to be issued latest prior loading. Owners agree to authorize issue of Bills of Lading with shippers/consignee as per Charterers instructions even if shippers/consignee or notify are different from mates receipt, unless misrepresented.

Charterers option to issue clean B/L's against Charterers issuing LOI in Owners P & I Club wording signed by Charterers only.

If Original B/L's are not available upon the arrival of the vessel the cargo can be discharged and released without presentation of the Original B/Ls against issuance and signature of an LOI/delivery  order to this effect in Owners wording.

## CLAUSE 21: (LOADING AND DISCHARGING - DETENTION/DEMURRAGE)

Load Rate – 3,000MT PWWD of 24 consec hours SHINC. Super Holidays excluded.

Discharge Rate – 3,500MT PWWD of 24 consec hours SHINC. Super Holidays excluded.

Demurrage to be USD 7          XHD WTS BENDS.

12 HRS TT BENDS

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

At load/discharge ports, any time lost at load/discharge port waiting for cargo documents and/or trucks and/or railcars and/or barges that delay/affect cargo vessel operations to count as detention and detention to apply per day pro rata.

## CLAUSE 22: (CARGO SPACE)

Vessel to have all cargo spaces intended for this cargo, clean, swept, dry and ready to Charterers' Surveyors' satisfaction and suitable for the intended cargo. Prior to docking at the cargo loading and discharging berths, the vessel to have all hatches open and beams removed in order to permit the loading and discharging operation to be commenced immediately.

In case any dispute should arise between surveyor and Owners/Master an independent surveyor is to be appointed on behalf of both parties whose judgement shall be binding upon both parties.

## CLAUSE 23: (OPENING/CLOSING OF HATCHES)

First opening and closing of hatches (weather deck and removal of beams) at loading and discharging port(s) is to be done by the ship's crew also raising/lowering/setting/rigging of cranes, if permitted by local labour regulations, otherwise to be done by shore hands at Charterers'/Receivers' expense but in Owners time.

Opening and closing of hatches shall always be done by ship's crew if permitted.

## CLAUSE 24: (LAYDAYS/CANCELLING)

Laycan: April 26-May 5 2010

## CLAUSE 25: (STEVEDORE)

Stevedores to work under the supervision and control of the Master and any dispute regarding stevedore damage to the vessel to be settled directly between the Owners and stevedores. The Charterers undertake their best efforts to assist the Owners with the settlement of stevedores claims, if any, however, the Charterers shall ultimately remain responsible for the damage, if the direct settlement between the owners and stevedores fails.

Any claim for alleged damages shall be presented by the Master within 24 Hours after having been caused. Any hidden damages to be reported as soon as uncovered.

## CLAUSE 26: (GEAR)

Owners undertake to maintain all of vessel's cranes in good working order at each hatch with valid gear certificate. Vessel to provide sufficient power to drive same simultaneously day/night/weekends and holidays, if required, free of expense to Charterers.
Owners guarantee that the vessel has suitable and efficient gear as described in Clause

Any time lost due to breakdown of the cranes or failure to supply sufficient power will be accounted pro rata according to total member of cranes available. If however, due to gear breakdown discharge at any hold(s) in which cargo under this charter is stowed, has to be discontinued time to be counted pro rata according to the holds available in which cargo under this Charter is stowed and first stevedore standby costs accrued directly as a result of breakdown of vessel's gear to be for Owner's account.

Owners also to provide necessary light as on board for working cargo at all time including weekends/holidays as required free of expense to Charterers.

Owners confirm that they have checked load/discharge ports and have satisfied themselves that performing vessel is suitable in all respects for this trade at this time in these ports.

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

No cargo is to be loaded in spaces that are not easily accessible otherwise extra costs for loading and/or discharging to be for Owners' account. The Owners confirm that the vessel is suitable and has sufficient tanktop strengths to proper load/carry/discharge Charterer's cargo. The Owners warrant that the vessel is able to uplift cargo as described.

## CLAUSE 27: (CARGO QUANTITY)

Owners guarantee all cargo as described to be lifted in one bottom as per Clause 42. Should the vessel be unable to uplift the quantity of cargo as per Clause 42 of this charter party, the Owners shall be fully responsible for all costs and damages resulting as a consequence of much short shipment. It is understood, subject to mutual agreement between Owners and Charterers, Owners have the right to "split" individual cargo quantities.

## CLAUSE 28: (DUNNAGE)

Any dunnage required at loading port to be for Charterers' account but vessel to make available free of expense to the Charterers all dunnage and lashing material as already on board. On termination of the voyage after completion of discharge any dunnage and/or lashing material remaining on board  the vessel becomes Owners' property and removal or disposal of same including cleaning of holds in the owners' responsibility. All dunnage used by Charterers/Shippers to be debarked and accompanied by a fumigation certificate.

Dunnage removal/disposal to be for Charterers acct.

## CLAUSE 29: (NOTICES)

Owners to keep Charterers fully and regularly advised of vessel's position, itinerary, and her expected time of arrival at loading and discharging ports.

At load vessel to tender 7 / 5 / 3 days with 4824 hrs definite arrival.

Master/Owners to give 14/10/7/5/3/2 days and 24 hours notice of arrival of the vessel at discharging port.

## CLAUSE 30: (EXTRA INSURANCE)

Extra insurance on cargo due to vessel age / flag / ownership to be in Owners acct.

## CLAUSE 31: (OVERTIME) - DELETED

## CLAUSE 32: (TAXES/WHARFAGE)

Taxes/dues on vessel/freight, River tolls to be for Owners' account.
Taxes/dues on cargo to be for Charterers/Shippers/Receivers account.
Wharfage, if any, to be for Charterers account both ends.

## CLAUSE 33: (AGENTS)

Charterers Agents at load/discharge / Owners tug company at discharge.

Owners paying all Agencies / Port dues both ends.

Owners to pay customary harbour dues on vessel / agency fees at both ends.

## CLAUSE 34: (BUNKERING)

Vessel is allowed to bunker during loading/discharging operations and it will not interfere with

3

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

Charterers' commercial operations.

## CLAUSE 35: (PROTECTIVE CLAUSES)

Both-to-Blame Collision Clause, New Jason Clause, Chamber of Shipping War Risk Clauses 1 and 2, P & I Club Bunker Clause and ISM Clause as attached are deemed to be fully incorporated in this Charter-Party.

## CLAUSE 36: (ARBITRATION)

Any dispute arising between Owners and Charterers under this Charter-Party shall be referred to Arbitration in New York and USA law to apply.

One arbitrator to be appointed by Owners and the other by Charterers. In case the two arbitrators not agreeing, an umpire to be appointed by them. The award of the two arbitrators or the umpire to be final and binding upon both parties. Arbitrators shall be commercial shipping men. For claims up to USD50,000 inclusive, the LMMA Small Claims Procedure to apply. Any claim to be time-barred after twelve (12) months of completion of discharge, unless arbitration has been sooner commenced.

## CLAUSE 37 (PARAMOUNT CLAUSE)

Notwithstanding any other provision in this contract, any claims for damage or loss to cargo shall be governed by the Hague-Visby Rules, and any other clause herein repugnant to the Hague-Visby Rules shall be null and void and of no force and effect as respect to cargo claims.
Any arbitration clause in this contract shall not apply to claims for cargo loss or damage but such claims shall be brought in the United States district court for the southern district of New York, to which jurisdiction owners hereby consent.

## CLAUSE 38: (LIABILITY CLAUSE)

The pilot, Master, officer, crew of vessel and any tow boat person or facility assisting the vessel (excluding Charterers'/Shippers'/Receivers' personnel or their servants) shall not be agents or employees of Charterers and Charterers shall not be liable for any loss, damage or claims resulting from or arising out of negligence or errors of any of them while vessel is proceeding to or lying at any place of loading and/or discharging.

## CLAUSE 39: (CONFIDENTIALITY CLAUSE)

The fixture to remain confidential amongst all parties concerned and not to be published

Strictly private and confidential.

## CLAUSE 40: (OWNERS ITEMS)

At the port of loading, Owners to arrange sufficient funds to be deposited with agents to cover victualling, cash to Master and other expenses, failing which Charterers to have the liberty of deducting same from freight payment. Owners are to place the agents at discharging port in sufficient funds before the vessel's arrival, failing which Charterers are not to be responsible for any delay to the ship at the port of discharge.

## CLAUSE 41: (HOLD OBSTRUCTIONS)

Owners confirm that the cargo will be loaded into holds which are suitable for the carriage of the cargo, unobstructed by center line beam/bulkheads, tanks, reefer and locker space. The cargo to be loaded on ship's floor / tank top / suitable flat surface with sufficient space taken into account

4

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

Vessel to be fully suitable for the carriage of subject cargo, with engine and bridge aft, providing sufficient bottom floor space without stanchions, or other obstacles, suitable for working with fork lifts or other mechanical equipment.

## CLAUSE 42: (CARGO - STOWAGE)

Full or sole cargo of min/max 8,000 Steel Billets  abt 4.5 MT each bundle or loose. 1300 x 1300 MM x 9 M length (No stow restrictions on cargo).

Part cargo allowed but no other cargo to be loaded on top of Charterers cargo. Any separation if required for loading of part cargo(es) to be for Owners time, risk and expense.

Direct navigation from POL to POD.

L/S/D to be for Charterers account to Master's satisfaction.

Owners to remain fully responsible for any contamination caused by loading or part cargoes on the vessel. Owners warrant that any completion cargo will in no way interfere with this cargo and operation thereof.

Owners confirm sufficient tank top strength to proper load/carry/disch charterer's cargo

## CLAUSE 43: (DESCRIPTION)

MV "Carola" to be nominated

## M/V 'CAROLA'
Name: "Carola"
Port of Registry: St. John's
Flag: Antigua & Barbuda
Built: Dec. 2000
Owners: MS "Carola" Schiffahrtsgesellschaft mbH. & Co. Reederei KG.,
Weedendamm 26/28, D - 49733 Haren (Ems)
Trustees: Carola Shipping Company Ltd., St. John's, Antigua & Barbuda
Type: multipurpose vessel for transport of bulk, steel coils, containers, forrest products,
general cargoes, dangerous cargoes acc. to SOLAS regulation 54-II-2,
excluding explosives and nuclear materials (Class I and VII)
Class: LR + 100 A1 + LMC, UMS, strengthened for heavy cargo
Dwat.: abt. 9,000 mtons
Dwcc.: abt. 8,500 mtons
Gt.: 6.382 tons
Nt.: 3.419 tons
Loa: 129,45 m
Beam: 15,85 m
Draft: 7,45 m (summer)
Moulded Depth: 10,15 m
Holds capacity: 451.144 cbft grain/bale, (hold 1 : 184.519cbft, hold 2: 266.625 cbft)
2 Hatches / 2 Holds: box, dimensions: 1) 38,97 x 13,15 x 11,05 m - 2) 52,19 x 13,15 x 11,05 m)
steel hatch covers, pontoon type with handling crane
Bulkheads: 2 moveable bulkheads, 10 storepositions
Containers: slots available: hold 262 TEU + deck 300 TEU = total: 562 TEU
loaded á 14 mtons: hold: 262 TEU + deck: 32 TEU = total: 294 TEU
Reefer containers: 60 plugs
Speed: abt. 14 knots
Consumption: abt. 17 mtons HFO 380
Main Engine: MaK / 9M32, 4700 kW
Bowthruster: 400 kw
Gear crane: 2 Liebherr cargo cranes: 60 tons / 16,0 m - 40 tons / 26,0 m - 30 tons / 28,4 m

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

Telex: 0581 / 430 420 410 Caro, 0581 / 430 420 411 Caro
Phone: 00871 / 76 163 8440
Fax: 00871 / 76 163 8441
Mobile phone: +49 (0)175 / 220 00 33
Call sign: V2AV4
IMO No.: 9214173
Email.: Carola@les-raisting.de
Trading Area: A 3, worldwide within I.W.L.
Security Level/SSO 1/Master
P + I: Skuld, Oslo
Main Engine: MaK 8M25 4320 kw 750 RPM 9M 32
Auxiliary Engine: 2 x Caterpillar 181KVA Generators
21.02.2007

Owners to advise on vessel nomination:
Vessels full description including hatch/hold sizes and deck/tween deck configurations.

A) Vessels itinery including part cargo load/ disch ports and ETA load port
B) Hull and Machinery value -
C) Last dry docking and next special survey
D) P+I club -
E) Masters name -
F) Vessel class -
G) Crane outreach

At load vessel to tender 10/7/5/3 days with 48/24 hours definite arrival.

Vessel to be fully suitable for the carriage of subject steel cargo in so far as vessel of this type can be, with engine and bridge aft, providing sufficient bottom floor space without stanchions, or other obstacles, suitable for working with fork lifts or other mechanical equipment. Cargo not to be loaded in deep tanks and tunnel areas, vessel to supply sufficient light for night work as on board, if required.

Owners confirm that performing vessel to be geared  (not derricks if derrick in any case Charterer will need to revise laytimes bends)single/tween deck/mpp and, max 25 years, with min 2 x 20 mt cranes serving all holds/parts  of holds where cargo will be worked simultaneously and independently, to be maintained highest Lloyd's class or equivalent and has full first class P&I coverage for the duration of the charter party and has ISM/DOC, ISSM Certificates Owners will endeavor to nominate a vessel with boxshaped holds.

Owners to keep Charterers closely posted of vessels position, itinerary and ETA load/disch port. With 5/4/3/2/1 days and 12/8 hours after arrival.

Extra insurance on cargo due to vessel age / flag / ownership to be in Owners account but Extra insurance to be paid only when original vouchers presented by Charterers, and up to a max of USD 500.

Owners warrant that the ship complies with all international regulations including ISM (as below if applicable), is fully seaworthy and insured for the duration of the Charter.

Vessel's class is 100 A1 Lloyds or equivalent (Member of IASC) and to remain so for the duration of this Charter.

Owners confirm that the cargo will be loaded into holds which are suitable for the carriage of the cargo, unobstructed by centre line beam/bulkheads, tanks, reefer and locker space. The cargo to be loaded on ship's floor / tank top / tween decks / suitable flat surface with sufficient space taken into account.

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

Performing vessel always to be in conformity with applicable laws in load and discharging countries and United Nations proclamations prohibiting certain flags/ownership/management from participating in trade covered by this charter. Owners responsible for all costs/consequences if in violation of this warranty.

Owners also confirm that the vessel complies with all US Regulations as a result of September 11th, such as 24 hour rule, ISPS and MTSA.

### CLAUSE 44: (POSITIONING VESSEL AT LOADING PORT)

Owners to keep Charterers closely posted on vessels position, itinerary, and ETA load/disch port.

Owner's responsibility to load/sail and discharge basis prevailing drafts/restrictions.

### CLAUSE 45: (STOWAGE CLAUSE)

Cargo to be loaded/stowed/lashed/secured/dunnaged at Charterers/Shippers expenses and always under Master supervision and to Master's satisfaction.

### CLAUSE 46: (FORCE MAJEURE)

Time lost by reason of all or any of the following causes shall not be computed in the loading time, viz: war, rebellion, tumults, civil commotion, riots, insurrection, political disturbances, epidemics, quarantine, stoppage of miners, workmen, lighter men, tugboat men, or other hands essential to the working, carriage, delivery, shipment of the said
cargo whether partial or general or accidents at the mines at shippers' work or wharf, landslips, floods, frost or snow, bad weather, intervention of sanitary, custom and/or other constituted authorities, repairing damages or any other cause beyond control of shippers unless steamer is already on demurrage.

### CLAUSE 47:

If Charterers require, owners confirm possible, as long as draft original bills of lading are presented to Owners with reasonable anticipation, to place one original bill of lading onboard at load port for delivery to charterers/receivers or their representative, on vessel's arrival at discharge port against which cargo is to be released, provided the appropriate P and I recommended wording is included in the B/L. Any time lost waiting for docs to be for charterers account.

### CLAUSE 48:

Any LOI, if applicable, to be signed by Charterers.

### CLAUSE 49: (SURVEYOR CLAUSE)

Charterers and/or Receivers and/or Shippers to be allowed to have, at their own expense, a surveyor on board, both at load and discharge ports, to conduct a cargo and/or vessel condition survey. The surveyor shall be allowed to take the necessary photographs.

### CLAUSE 50: (ADDITIONAL CLAUSE)

1.   Bills of Lading and Charter-Party will not be accepted and payments will not be made thereon if such documents contain a clause requiring arbitration or jurisdiction in a court or forum outside the USA.

2.   Deleted – not applicable.

3.   The cargo receivers shall have the right to have on board surveys of the vessel's holds,

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

hatch covers and appurtenances, and the right to take photographs and samples by independent surveyors or designated employees of the cargo receivers.

4.    Clause Paramount: notwithstanding any other provisions in this contract, any claims for damage or loss to cargo shall be governed by the Hague-Visby Rules as if compulsorily applicable by law, and any other clauses herein repugnant to the Hague-Visby Rules shall be null and void and of no force and effect as respects cargo claims. Any clauses in this contract allocating responsibility or risk with respect to loading, stowing, stevedoring, lashing, securing, dunnaging, discharging and delivery shall be deemed to apply only as price terms and shall not be interpreted to alter in any way the responsibilities of the owner and the ship as carriers as defined in the Hague Rules as respects claims for cargo loss and damage. Vessel's officers and crew shall at all times be employed and paid by Owners and shall at all times be considered the servants and agents of the Owners, and all duties of such officers and crew shall be the sole responsibility of the vessel and vessel Owners. In no event shall the master, chief mate, crewmen or stevedores be considered the servants or agents of Charterers, Shippers or Receivers nor shall Charterers, Shippers or Receivers have any responsibility or liability therefore. Any arbitration clause or other non U.S. forum selection clause in this contract or bills of lading shall not apply to claims for cargo loss or damage but such claims shall be brought in the United States District Court for the Southern District of New York, to which jurisdiction Owners hereby consent. This clause shall apply to all charter parties and bills of lading for this voyage and shall inure to the benefit of all bill of lading holders, receivers and consignees of the subject cargo.

5.    Owners warrant vessel fully fit, seaworthy and cargo worthy to carry the cargo that is the subject of this charter and deliver same at destination in the same order and condition as received at the load port.

6.    Stevedores are under full control and direction of vessel's Master and are to follow all Master's instructions with respect to loading, stowing, lashing and securing, unloading, discharge, pier storage, and delivery.

7.    Notwithstanding any other clauses; any freight, demurrage, or detention obligation under this contract, Bill of Lading, or Charter-Party shall be subject to Owner's obligation to exercise due diligence to make the ship seaworthy.

## CLAUSE 51 – LOADING/DISCHARGING PORT

Load: 1 safe port/safe berth always afloatTampico, Mexico.
Discharge: 1 safe port/safe berth always afloat or SA Barranquilla, Colombia in Charterer's option. (Intention Anchorage buoy 14 or designated anchorage area)

Owners to satisfy themselves on restrictions both ends. Owners confirm that they have checked load/discharge ports and have satisfied themselves that performing vessel is suitable in all respects for this trade at this time in these ports. Owners responsibility to load/sail and discharge basis prevailing drafts/restrictions.

## CLAUSE 52

N.O.R. to be presented all time days or night SHINC and time start to start counting next shift after N.O.R. tendered, unless sooner commenced in which case time to count continuously since beginning of operations.

## CLAUSE 53

## NEW JASON CLAUSE

In the event of accident, danger, damage or disaster before or after commencement of the voyage resulting from any cause whatsoever, whether due to negligence or not, for which, or for the

8

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

consequences of which, the carrier is not responsible, by statute, contract, or otherwise, the goods, shippers, consignees, or owners of the goods shall contribute with the carrier in general average to the payment of any sacrifices, losses, or expenses of a general average nature that may be made or incurred, and shall pay salvage and special charges incurred in respect of the goods.

If a salving ship if owned or operated by the carrier, salvage shall be paid for as fully as if such salvage ship or ships belonged to strangers. Such deposit as the carrier or his agents may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the goods, shippers, consignees or owners of the goods to the carrier before delivery.

## WAR RISKS CLAUSE

1.   No Bills of Lading to be signed for any blockaded port and if the port of discharge be declared blockaded after Bills of Lading have been signed, or if the port to which the ship has been ordered to discharge either on signing bills of lading or there after be one to which the ship is or shall be prohibited from going by the government of the nation under whose flag the ship sails or by any other government, the Owner shall discharge the cargo at any other port covered by this Charter-Party as ordered by the Charterers (provided such other port is not a blockaded or prohibited port as above mentioned) and shall be entitled to freight as if the ship had discharged at the port or ports of discharge to which she was originally ordered.

2.   The ship shall have the liberty to comply with any orders of directions as to departure, arrival, routes, ports of call, stoppages, destination, delivery or otherwise howsoever given by the government of the nation under whose flag the vessel sails or any department thereof, or any person acting or purporting to act with the authority of such government, or of any department thereof, or by any committee or person having, under the terms of the war risk insurance on the ship, the right to give such orders or directions and if by reason of and in compliance with any such orders or directions anything is done or is not done, the same shall not be deemed a deviation, and delivery in accordance with such orders or directions shall be a fulfillment of the contract voyage and the freight shall be payable accordingly.

C.S.U.K., LONDON - 25TH. SEPTEMBER 1935

## PROTECTION & INDEMNITY BUNKERING CLAUSE

The vessel in addition to all other liabilities shall have liberty as part of the contract voyage and at any stage thereof to proceed to any port or ports whatsoever whether such ports are on or off the direct and/or customary route or routes to the ports of loading or discharging named in the Charter and there take oil bunkers in any quantity in the discretion of owners even to the full capacity of fuel tanks, deep tanks and any other compartment in which oil can be carried whether such amount is or is not required for the chartered voyage.

## ISM CLAUSE (if applicable)

From the date of coming into force of the International Safety Management (ISM) code in relation to the vessel and thereafter during the currency of this Charter-Party, the Owners shall procure that both the vessel and ' the Company ' as defined by the ISM Code shall comply with the requirements of the ISM Code.  Upon request the Owners shall provide a copy of the relevant Document of Compliance (DOC) and Safety Management Certificate (SMC) to the Charterers.

Except as otherwise provided in this Charter-Party, loss/ damage/ expense/ delay caused by the failure on the part of the Owners or ' the Company ' to comply with the ISM Code shall be for the Owners' account.

## CLAUSE 54

Rider clauses to M/V Carola – BBC/Sidunor - Charter Party dated April 22, 2010

Owners option to sublet this cargo, however Owners always to remain responsible for performance under this charter party.

## CLAUSE 55

Any costs resulting from dunnage failing to pass USDA tests and any fumigation requirements to be for Charterers' account.

# EXHIBIT "B"

# THE LMAA SMALL CLAIMS PROCEDURE (2006)

## 1. INTRODUCTION

These provisions shall be known as the LMAA Small Claims Procedure 2006 effective 1st January 2006. They shall apply to any dispute which parties have agreed should be referred to arbitration under this Procedure. If any such agreement refers to a monetary limit for disputes that may be so referred, such limit shall be deemed to exclude interest and costs unless the parties agree otherwise.

## 2. APPOINTMENT OF ARBITRATOR

(a) If a dispute has arisen and the parties have agreed that it should be referred to arbitration under the Small Claims Procedure, then, unless a sole arbitrator has already been agreed on, either party may give notice to the other requiring him to join in appointing a sole arbitrator. If within fourteen days the parties have agreed on a sole arbitrator and the intended arbitrator has agreed to act, the Claimant shall within a further fourteen days send to the Respondent (with copies to the arbitrator) a letter of claim accompanied by copies of all relevant documents including experts' reports and shall also send to the arbitrator a remittance in his favour for the Small Claims fee as defined in para 3(b).

(b) If the parties have not within fourteen days agreed on a sole arbitrator, either party may apply in writing to the Honorary Secretary, London Maritime Arbitrators Association for the appointment of a sole arbitrator by the President. Such application shall be copied to the other party and shall be accompanied by a copy of the letter of claim together with copies of all said relevant documents and a remittance for the said Small Claims and LMAA administration fee, plus VAT where applicable, in favour of the LMAA. Where appropriate a party applying to the President should provide a concise explanation of the issues which are likely to arise and an indication as to whether any particular expertise on the part of the arbitrator is required. The President, having considered the nature of the dispute shall appoint an appropriate arbitrator and shall give notice to the parties. The LMAA shall send to the arbitrator the letter of claim and the documents together with the said Small Claims fee, and shall retain the balance in respect of administrative expenses.

## 3. THE ARBITRATOR'S FEE

(a) The Small Claims fee includes the appointment fee, interlocutories, a hearing not exceeding one day (if required by the arbitrator pursuant to para 5 (g)), the writing of the Award and the assessment of costs (if any). It does not include expenses, such as the hire of an arbitration room, which shall in the first instance be paid by the Claimant on demand. However if there is any challenge to jurisdiction which, or which it is suggested falls to the arbitrator to resolve, the arbitrator shall be entitled to charge on a reasonably appropriate basis for such work, his additional fees being payable in the first instance by the Claimant before he makes any award, ultimate liability for such additional fees being for the arbitrator to resolve.

(b) The Small Claims fee shall be such standard fee as shall be fixed from time to time by the Committee of the LMAA*: VAT shall be payable where applicable. For all purposes, including time limits, payment of the Small Claims fee within 14 days of agreement being reached upon a sole arbitrator under paragraph 2(a) shall be a condition precedent to the valid commencement of proceedings under the Small Claims Procedure.

(c) In the event of the Respondent putting forward a counterclaim which exceeds the amount of the claim an additional fixed fee in such amount (plus VAT where applicable), as shall be fixed from time to time by the Committee of the LMAA, is payable by the Respondent. Payment of such fee within fourteen days of service of defence and counterclaim submissions shall, for all purposes including time limits, be a condition precedent to the Respondent's entitlement to bring any such counterclaim within the proceedings in question.

(d) If the case is settled amicably before an award has been written, the arbitrator may retain out of the Small Claims fee a sum sufficient to compensate him for services thus far rendered and any balance shall be repaid.

* The current sums, as fixed by the LMAA Committee, may be found on the LMAA website at www.lmaa.org.uk/notes-on-fees.aspx.

## 4. RIGHT OF APPEAL EXCLUDED

The right of appeal to the Courts is excluded under this procedure. By adopting the Small Claims Procedure the parties shall be deemed to have agreed to waive all rights of appeal. For the avoidance of doubt, this provision does not apply to any ruling by an arbitrator on his own jurisdiction.

## 5. PROCEDURE

a) A letter of defence and details of counterclaim (if any) accompanied in each case by copies of all relevant documents including any experts' reports shall be delivered by the Respondent to the Claimant within twenty-eight days from receipt of the letter of claim or from the date of the appointment of the arbitrator, whichever shall be the later.

(b) A letter of reply and defence to counterclaim (if any) shall be delivered by the Claimant to the Respondent within a further twenty-one days. Where an additional fee is payable under paragraph 3(c) hereof in respect of the counterclaim, the twenty-one days shall run only from receipt by the arbitrator of the additional fee. The arbitrator shall be entitled to refuse to admit evidence submitted at the stage of reply and defence to counterclaim (if any) if it should properly have been served with the letter of claim.

(c) The Respondent shall, if he so wishes, deliver to the Claimant a letter of reply to defence to any counterclaim within a further fourteen days.

(d) Any extension to the above time limits (including that for the service of a letter of claim set out in paragraph 2(a) above) must be applied for before expiry of the existing time limit. If a party fails to serve its pleading within the time limit set, the arbitrator, on the application of the other party or of his own motion, will notify the defaulting party that unless the outstanding communication is received within a fixed period (maximum 14 days) he will proceed to the award on the basis of the submissions and documents before him to the exclusion of all others. (In the case of failure to serve a letter of claim the arbitrator shall make an award dismissing the claim.) The time allowed by the arbitrator's notice, added to any extension of time previously agreed between the parties in respect of the same pleading, shall not in total exceed 28 days. Any pleading submitted by the defaulting party subsequent to expiry of the time limit set by the arbitrator's notice shall not be admissible.

(e) Following the service of the letter of reply, or, where there is a counterclaim, following service of the letter of reply to defence to counterclaim, the arbitrator may declare to the parties that pleadings have closed. No further pleadings shall be considered by the arbitrator following such a declaration.

(f) Copies of all the above letters and documents shall be sent to the arbitrator and to the other party, or if the other party is acting through a solicitor or representative, to that solicitor or representative.

(g) There shall be no hearing unless, in exceptional circumstances, the arbitrator requires this.

(h) In the case of an oral hearing the arbitrator shall have power to allocate the time available (which shall be limited to one working day) between the parties in such manner that each party has an equal opportunity in which to present his case.

(i) All communications or notifications under this procedure may be by letter, telex, telefax or e-mail.

## 6. DISCLOSURE OF DOCUMENTS

(a) There shall be no disclosure, but if in the opinion of the arbitrator a party has failed to produce any relevant document(s), he may order the production of such document(s) and may indicate to the party to whom the order is directed that, if without adequate explanation that party fails to produce the document(s), he may proceed on the assumption that the contents of such document(s) do not favour that party's case.

(b) The expression "relevant documents" includes all documents relevant to the dispute, whether or not favourable to the party holding them. It includes witness statements, experts' reports and the like on which a party intends to rely, but does not include documents which are not legally disclosable.

## 7. THE AWARD

The arbitrator will make every effort to publish the award within one month, in a documents only case, from the date when he has received all relevant documents and submissions, or, where there is an oral hearing, from the close of the hearing.

## 8. COSTS

The arbitrator shall assess and award costs on a commercial basis having regard to the nature of the reference. Unless the parties otherwise agree, the amount which one party may be ordered to pay to the other in respect of legal costs (including disbursements) shall be assessed at a sum in the arbitrator's absolute discretion up to such maximum figure as shall be fixed and published from time to time by the Committee of the LMAA*. Where there is a counterclaim in respect of which an additional fixed fee is payable to the arbitrator pursuant to para (c) hereof, this amount (after striking any necessary balance between costs orders where there is more than one) shall not exceed such other maximum figure as shall be fixed and published from time to time by the Committee of the LMAA*. No breakdowns of such costs are to be provided unless the parties agree otherwise or the arbitrator so requires, in which event they must be provided within 7 days of the service of the last pleading as in para 5(e) above or the arbitrator's direction, whichever is later. The successful party will normally be awarded the Small Claims fee including the fee payable to the LMAA. in cases where the President is requested to appoint an arbitrator) in addition to any legal costs which he has incurred (subject to the limits mentioned above), provided always that any award of costs shall be in the sole discretion of the arbitrator.

## 9. GENERAL

The arbitrator may in any case which, in his discretion, he considers exceptional depart from or vary the above provisions as he considers appropriate, save that he shall not be entitled to vary the maximum figure which can be awarded under the Small Claims Procedure in respect of legal costs unless the parties agree otherwise.

In any case where it is determined or agreed, because of the nature and/or weight of a case, that the Small Claims Procedure is inappropriate and shall not be applicable, it shall cease to apply in its entirety.

*The current sums, as fixed by the LMAA Committee, may be found on the LMAA website at www.lmaa.org.uk/notes-on-fees.aspx.*

# EXHIBIT "C"

# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

TEL: (212) 983-8500

FAX: (212) 983-5946
www.browngavalas.com
bgmail@ browngavalas.com

NEW JERSEY OFFICE
————
1118 CLIFTON
AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A.GAVALAS
(1978-1999)
ROBERT J.SEMINARA
(1987-1999)

February 4, 2011

**VIA E-MAIL and FAX**
servicioalcliente@sidunor.com
(575) 368-9623 – (575) 353-5944

Siderurgica del Norte
Via 40 No. 76
Barranquilla, Colombia

Re:   M/V OCEAN VOYAGER – detention damages under charterparty dated 5.23.10
Our File No: 1644.0001

To Whom It May Concern:

We refer to our previous correspondence with you and your previous attorneys, Hincapie & Molina, with regard to this matter.

Our clients have instructed us to file a Petition to Compel Arbitration in federal court in New York for their claims arising from the above-referenced charterparty. We are writing to provide you with a final opportunity to avoid compulsion proceedings, the cost of which we intend to seek as part of Owners' recovery.

Our clients have reduced their claim to $50,000 so that the claim will be arbitrated under small claims procedure pursuant to the parties' agreement. Accordingly, we propose Mr. Thomas F. Fox to act as sole arbitrator. Please confirm your client's agreement to Mr. Fox, or provide the names of arbitrators who your client would accept as sole arbitrator.

This communication is without prejudice, and Owners fully reserve all rights. We look forward to your response.

Very truly yours,

BROWN GAVALAS & FROMM LLP

Patrick R. O'Mea

# EXHIBIT "D"

```
┌─────────────────────────────────────────────────────────────┐
│  SOCIETY OF MARITIME ARBITRATORS, INC.                       │
│  30 Broad Street - 7th Floor  •  New York, NY 10004          │
└─────────────────────────────────────────────────────────────┘
```

<u>ROSTER HOME</u>      <u>MEMBERSHIP ACRONYMS</u>

**ALPHABETICAL QUICK LINKS**

<u>A</u> | <u>B</u> | <u>C</u> | <u>D</u> | <u>E</u> | <u>F</u> | <u>G</u> | <u>H</u> | <u>I</u> | <u>J</u> | <u>K</u> | <u>L</u> | <u>M</u> | <u>N</u> | <u>O</u> | <u>P</u> | <u>Q</u> | <u>R</u> | <u>S</u> | <u>T</u> | <u>U</u> | <u>V</u> | <u>W</u> | <u>X</u> | <u>Y</u> | <u>Z</u>

**ARNOLD, Manfred W.**
Born 1938. Member of the SMA since 1971 and Past President, 1988-1993. President of
Westmarine, Inc., a management and consulting firm. Previously President of Ranger Shipping,
Inc. From 1979-1982 with Greenwich Marine, Inc., a wholly-owned subsidiary of Cargill Inc.
From 1973-1979 with National Bank of North America/National Westminster Bank as Vice
President in charge of Ship Finance. From 1960-1973 with Fritzen Schiffsagentur und
Bereederungs GmbH and affiliates in Germany, Japan and New York. Trained Mediator.
Member: MLA (NL), HKIAC, LMAA (S), SIAC/SCMA, German Maritime Arbitration Association
(GMAA), the Commercial Arbitration Court and Mauritius Chamber of Commerce.

Mailing Address: 840 Shackamaxon Drive, Westfield, NJ 07090
Telephone: (908) 232-6155
Fax: (908) 232-6886
Home Telephone: (908) 233-7691
E-mail: arnoldwestmarine@comcast.net

**BERG, Jack**
Born 1927. Member of SMA since 1967 and past president 1975-1979. Formerly Vice President,
Continental Grain Company for 31 years and retired 1986. Presently serves as full time
arbitrator. Graduate of U. S. Merchant Marine Academy, 1949, and New York University School
of Law, 1958. Sailed as deck officer, American Export Lines and as line officer, USN (MSTS)
Transports. Experienced all forms of charter party disputes.

Mailing Address: Transammonia Inc. 320 Park Avenue, New York, NY 10022
Telephone: (212) 223-3200
Fax: (212) 759-1410
Home Telephone: (914) 946-2722
E-mail: jackberg@msn.com

**BEYS, Petros M.**
Born 1937. President, Eastern Technical Enterprises, Inc., formerly Vice President Operations.
Alpro Maritime Agencies, prior to that Superintendent, United Operators (N.J. Goulandris), and
before that research engineer, Ship Division, Davidson Laboratories. Holds M.E. and M.S.
degrees from Stevens Institute of Technology. Experienced in new buildings, repairs, insurance,
chartering and operations.
Member: AAA, ABS (SC), ASME, SNAME

Mailing Address: 1050 Station Hill Road, Hob Bottom, PA 18824
Telephone: (570) 289-4568
Fax: (570) 289-4942

Case 1:11-cv-03310-WHP   Document 1   Filed 05/16/11   Page 31 of 47

**BLAKE, George C.**
Born 1932. Consultant. Formerly Executive Vice President, Maritime Overseas Corporation with overall responsibility for all aspects of operation of a fleet of tankers and bulk carriers. Responsibilities also included all aspects of new construction and involvement in charter party negotiations and dispute resolution. B.Sc. (Engineering), University of Glasgow, U.K.; D.O.T. Chief Engineer's License.
Member: ABS, IME, Lloyd's Register

Mailing Address: 114 Agnes Place, Bound Brook, NJ 08805
Telephone: (732) 469-3746
Fax: (732) 469-5322
E-mail: gblakebb@gmail.com


**BOWDERY, Allan G.**
Born 1944. Formerly employed as AVP of a US subsidiary of the Tokio Marine and Fire Ins. Co, Ewig International Marine Corp, as GM and VP, and Hill, Rivkins, as associate attorney. Primary experience handling marine cargo claims and other marine charter party disputes. Member of the MLA ad-hoc committee charged with redrafting COGSA. Graduate Columbia and NY Law School.
Member: MLA

Mailing Address: 33 Mountain Rest Road, New Paltz, NY, 12561
Telephone: (845) 255-6690 (Voice & Fax)
E-mail: agb38@columbia.edu


**BRADSHAW, Thomas J.**
Born 1939. Member, SMA since 1976. Currently President of Bradshaw & Associates, Inc. an insurance brokerage and consultant firm specializing in transportation insurance solutions. Prior employment as President and CEO of Thomas Miller (Americas) Inc. involved in all aspects of P&I, and intermodal transportation insurance. Extensive experience in all phases of marine disputes.

Mailing Address: 120 East Main Street #325, Ramsey, NJ 07446
Telephone: (201) 236-2377
Fax: (201) 236-4855
Cell: (201) 819-6247
E-mail: tjb@bradshawassoc.com


BULOW, Lucienne Carasso
Born 1946. Past President SMA, 1997-2001. President, Interactive Maritime Services, a chartering, brokerage and claims consulting firm. Commissioner of Pilots - State of New York since 2000. Thirty-year career with two major commodities trading firms (Bunge Corporation/International Produce Inc. and Continental Grain Company/Stellar Chartering & Brokerage, Inc.) in claims, arbitration, timecharter and post-loading voyage operations and chartering. Previously associated with United Sea Transport, a ship agency/brokerage firm. Experienced in all types of marine claims, charter party and contract disputes in dry bulk, liquids and gas, tugs and barges, vessel performance, premature termination, late delivery, dangerous cargoes, sales and purchases of commodities and vessels, oil and gas exploration, terminal operations and shipbuilding. Wide experience with English arbitration practices and law. Ph.D. Yale University, fluent in French, Italian, Spanish, some Arabic. Trained mediator.
Member: AAA (C&G), ICDR, ICC Panel, AFOA, NAEGA, BTNY (Coffee, Sugar and Cocoa Exchange Panel), CMA, MLA (NL), LMAA (S), GAFTA, SIA, AMAC, VMAA

Mailing Address: 290 West End Avenue, New York, NY 10023-8106
Telephone: (212) 580-5016
Fax: (212) 580-5017
E-mail: lucienne.bulow@verizon.net


**BUSCH, Stephen H.**

Born 1940. President, Scan-American Shipping & Trading Corp. Formerly Transamerican Steamship Corp., Stolt-Nielsen, Inc., and Johnson Maritime Services, Inc. Career chartering, operations and management experience in general, bulk, project (including heavy-lift and military), oil and liquid chemical cargo transportation. Graduate S.U.N.Y. Maritime College with seven years sea service. Unlimited Master's license. Experienced in arbitrating all forms of maritime contract disputes.
Member: AAA (M), CMA, MLA (NL), NASD (A), NYSE (A)

Mailing Address: 36 Texas Road, South Bristol, ME 04568
Telephone: (207) 644-1835
Fax: (207) 644-1836
E-mail: shbusch@tidewater.net

**CARROLL, Ronald T.**
Professor - Massachusetts Maritime Academy. Graduate of the Massachusetts Maritime Academy (B.S.) and Tulane Law School (J.D. and LL.M in Admiralty). Sailed as engineering officer on tankers and dry cargo. Licensed first assistant engineer and radar observer, oceans. Experienced maritime arbitrator familiar with all forms of charter parties. Honorary Consul General of Panama for Massachusetts.
Member: MLA

Mailing Address: Massachusetts Maritime Academy, 101 Academy Drive, Buzzards Bay, MA 02532
Telephone: (508) 830-5000
Home Telephone: (508) 888-7311
Fax: (508) 830-5090
E-mail: rtc2300@the-spa.com

**COUTSODONTIS, Stylianos L. (Steve)**
Born 1925. Formerly Executive Vice President, Park Lane Energy Corp. Formerly Partner and Vice President, Seamaster Shipping, Inc. and formerly with Trans-Ocean Steamship Agency. Master Mariner. Eighteen years sea service and Ship Master. Extensive experience in operations, chartering and management and sale and purchase of dry cargo and tank vessels.

Mailing Address: 9 Northway, Bronxville, NY 10708
Telephone: (914) 337-8230
Fax: (914) 395-1375

**CUNEO, Joseph J.**
Born 1935. Principal of Marinex International Inc., a commercial marine consulting firm. Over 30 years of experience in the design, construction, financing, operation and chartering of all types of dry and liquid bulk carriers, including LPG, LNG and chemical carriers. Experienced in all phases of negotiation and supervision of shipbuilding and repairing activities in foreign and domestic shipyards, as well as long term chartering and financing of major vessel acquisition programs. 20 years as CEO of major naval architecture and shipowning and operating organizations. Received MBA at Harvard Business School after graduating from Webb Institute of Naval Architecture with BS.

Mailing Address: 213 Clinton Avenue, Dobbs Ferry, NY 10522
Telephone: (914) 674-9080
Fax: (914) 674-9082
E-mail: jjc@GenesysAssociates.com

**CUSHING, Charles R., PhD, P.E.**
Naval Architect, Marine Engineer, Graduate of U.S.M.M.A. (Kings Point), M.I.T., SUNY (Maritime), M.S. and Cardiff (U. Wales) PhD. Expertise in ship design, construction and operation; cargo and materials handling; port and terminal operation; bulk carriers, tankers, tugs/barges, passenger ships, ro/ro and all phases of containerization. President, C.R. Cushing and Co. since 1968, formerly Chief Nav. Arch. for Sea Land. Licensed professional engineer (U.S.), chartered engineer (U.K.).
Member: SNAME (Life Fellow), Royal Inst. Nav. Arch. (Fellow), IMEST (Fellow), ASME (Fellow),

ASNE (Naval, Life), etc.

Mailing Address: C.R. Cushing & Co., Inc., 30 Vesey Street, New York, NY 10007
Telephone: (212) 964-1180
Fax: (212) 285-1334
E-mail: ccushing@crcco.com

**DESMOND, Gerard T.**
Born 1947. Retired Freight Trader, Louis Dreyfus Corp. Formerly Chartering Manager, Garnac
Grain Co., Managing Director Sealand Bulk Transport, President, Columbus Chartering Inc., Van
Ommeren Shipping USA Inc., Vice President HMI Chartering Inc., Operations Manager,
Greenwich Marine Inc., a subsidiary of Cargill, Inc. Thoroughly familiar with all phases of vessel
operations, time charter and voyage chartering of dry cargo and container ships. Have been
employed in all aspects of dry cargo operations/chartering as Owner, Charterer and Operator.
Fully familiar with liner terms, booking of containers and dry bulk commodities. Founding
member of the Connecticut Maritime Association where served as Vice President, Secretary,
Membership Chairman and Softball Commissioner. Member of ASBA and serve on their
documentary committee. Former member SACIA

Mailing Address: 40 Burritt Avenue, Norwalk, CT 06854
Telephone: (203) 838-3512
Cell: (203) 952-1327
Email: gdd917@aol.com
Instant Messenger (MSN): desmondg@hotmail.com

**DEVINE, John J. Jr.**
BORN: 1942. Captain USNR-R. Formerly, Vice President Claims for Thomas Miller (Americas)
Inc, Managers of the UK P&I and Defence Clubs, and a former partner at Poles, Tublin.
Experienced in all types of marine claims/charter party disputes. Graduate of USMMA (BS) and
St. John's University Law School (LLM).
Member: NI, MLA, CMA, MAPONY

Mailing Address: 29 Hagerty Lane, Cranbury, NJ 08512
Telephone: (609) 655-5628
Cell: (609) 464-4552
E-mail: jskppr@verizon.net<

**DOOLEY, Austin L.**
Born 1946. Graduate of NY Maritime College (B.S.) & NYU School of Engineering and Science
(M.S.&Ph.D.). Sea service as deck officer aboard U.S. flag tankers and dry cargo vessels.
USCG license Chief Mate Unlimited tonnage, any ocean. Extensive experience in analyzing time
and voyage chartered vessel disputes including speed and consumption claim analysis, voyage
deviations, cargo damage, port and at sea weather conditions, and navigational problems.
Captain, USNR - Retired.

Mailing Address: Austin L. Dooley, Ph.D., Dooley Seaweather Analysis, Inc.. P.O. Box 63, City
Island, NY 10464
Telephone: (718) 885-0962
Fax: (718) 885-0964
Home Telephone: (718) 885-0547
E-mail: dseawx@ix.netcom.com

**ELDEN, Rodney M.**
Maritime arbitrator and Trained mediator. Extensive experience as chartering manager and V.P.
Operations of a 34 vessel fleet of dry cargo, bulk carrier and tankships under time charter,
voyage charter and affreightment contracts.
Member: HFS, IME (F), NI, SNAME

Mailing Address: Rodney Elden Assc., PO Box 1685, Oak Bluffs, MA 02557
Telephone: (508) 693-1965
E-mail: rme1568@comcast.net

**FABRIKANT, Charles**
Born 1944. President, Fabrikant International Corp. and affiliates involved in marine investments. Chairman SCF Corporation, owner and operator of inland marine equipment, and SEACOR Holdings, Inc. and National Response Corporation, owner of offshore supply vessels and provider of environmental contracting services, and globe wireless, "e-mail" communications for vessels. Areas of familiarity: ocean shipping, inland transportation, offshore operations, chartering operations, cash management, admiralty disputes, insurance, corporate legal affairs, maritime communications, OPA-GO. Graduated Harvard University, 1965 and Columbia Law School, 1968.

Mailing Address: 12th Floor, 460 Park Avenue, New York, NY 10022
Telephone: (212) 307-6633
Fax: (212) 582-8522

**FACKLER, D. Michael**
Born 1944. Since 1999, owner of European Maritime Company, a ship brokerage specializing in sale and purchase and newbuilding projects. From 1991-1999, projects broker/ head of S&P at Mallory Jones Lynch Flynn, Stamford, CT. Previously commercial/legal advisor to fast-growing shipowning company in 1980's with responsibilities for negotiating all ship sale contracts and loan agreements. Experienced in all aspects of ship sales and in tanker timecharters. Over 30 years experience in international shipping, including dry cargo chartering and tanker operations. J.D., University of Miami, 1978.
Member: MLA, CMA

Mailing Address: European Maritime Company, LLC, 32nd floor, 437 Madison Avenue, New York, NY 10022
Telephone: (212) 750-0383
Home Telephone: (914) 328-0066
E-mail: mfackler@emcltd.com

**FLYNN, Robert John**
Born 1952. President, Mallory Jones Lynch Flynn & Associates, Inc., shipbrokers for chartering, ship sales, new building construction, project development and consulting. Joined the firm in 1979 shortly after its inception. Specialist in all forms of oil tanker employment, acquisition and project management. Graduate of the U.S. Coast Guard Academy, class of 1974. Five years commissioned service in the Coast Guard, including 4 years at sea. Former President of the Association of Shipbrokers and Agents (USA) Inc. Non-Executive Chairman, Omega Navigation Enterprises, LTD. ("ONAV", Nasdaq).
Member: ABS, CMA, Coast Guard Foundation Executive Committee.

Mailing address: c/o MJLF & Assoc. Inc., Clearwater House 2187 Atlantic Street Stamford, CT 06902
Telephone: (203) 326 2830
Home Telephone: (203) 656 0164
Cell: 203 550 1955
E-mail: bob@mjlf.com

**FORTI, Alexander**
Born 1927. Marine Consultant and Maritime Arbitrator. Previously as Chartering Manager for American Ultramar, Skaarup Shipping, and Bethlehem Steel. Have extensive experience in all phases (dry-wet) of vessel operations and chartering. Thoroughly familiar with characteristics of petroleum products and their relationship to tankers, barges, shore facilities and cargo claims pertaining thereto.

Mailing Address: 28 St. Charles Place, So. Setauket, NY 11720
Telephone: (631) 650-3228
E-mail: alforti@aol.com

**FOX, Thomas F.**
Born 1940. Maritime Consultant. President, Southold Maritime Services Corp. Previously associated with Sea Tow Services International, Inc. Formerly Chartering Manager at Philipp Brothers, Inc. and previously associated with M. Golodetz & Co., Inc. and Alcoa Steamship Co., Inc. Experienced in all phases of dry cargo voyage chartering, time chartering and operations as well as sale and purchase. Extensive sea service aboard tankers and dry cargo vessels and holder of valid unlimited Masters license. IGS/COW certification and oil spill clean up contractor consulting experience. Familiar with small vessel salvage. Graduate of S.U.N.Y. Maritime College (B.S., Marine Transportation) and C.U.N.Y. Baruch College (M.B.A., International Business). Commander, U.S.N.R. (Retired).
Member: CAMM, CMA, NYMS, NASD(A)

Mailing Address: Southold Maritime Services Corp. P.O. Box 76, Southold, NY 11971-0076
Telephone: (631) 765-0099
Fax: (631) 765-5838
E-mail: tomfoxsmsc@optonline.net
Home Telephone: (631) 765-3441


**FROST, Donald B.**
Born 1940. President, D.B. Frost & Associates, Marine Transportation Planners and Consultants. Previously with MID Ship Marine, MAP Logistics and Skaarup Shipping Group - VP and Chartering Manager for the Shipping Company and prior to that as VP of the Chartering Company. Earlier held chartering and logistics planning functions with Total Transportation Inc., International Minerals and Chemical's Overseas Marine Services subsidiary, AMAX's AMETCO Shipping, and Naess Shipping Company (later became P&O Bulk Shipping). BA Marine Transportation State University of New York Maritime College, MBA International Business City University of New York. Sailed as licensed deck officer (Second Mate). Naval Reserve Officer - 11 years with Military Sealift Command and its predecessor MSTS. Founding member and President (1988-92 and 2000-2004) Connecticut Maritime Association. Experienced in charter party and operational disputes involving wet and dry cargo. Specializes in "forensic chartering" issues where historic freight market movements are essential elements of a dispute.
Member: Society of Naval Architects and Marine Engineers (Publishing and Maritime Economics panels), Connecticut Maritime Association (Editor of their Newsletter), Connecticut Maritime Coalition, National Association of Maritime Organizations. Advisor to Global Business and Transportation School at SUNY Maritime College and associated with Columbia UniversityÕs Center for Energy, Marine Transportation and Public Policy.

Mailing Address: 220 Deep Wood Road, Fairfield, CT 06824
Telephone: (203) 259-6509 or: (203) 406-0106 ext 3718
Fax: (203) 256-0911
E-mail: dbfrost@optonline.net


**GEORGES, Jerry**
Born 1924. Presently Maritime Consultant and Arbitrator. In January 1998, retired after 43 years of service with National Shipping & Trading Corp. as Secretary, Treasurer and manager of the Insurance and Claims Department. Wide experience and responsibilities of handling all types of claims, Charter Parties and other contractual disputes including ship sales/purchases, Financial Administration with legal and corporate responsibilities related to ship operating business. Experience in public and cost accounting with active service at sea.
Member: AAA(M), AsAvAd, NASD, NYSE

Mailing Address: 4519 Brennan Place, Island Park, NY 11558
Telephone: (516) 431-1183
Fax: (516) 432-5324


**GOLDBERG, Victor**
Born 1951. VP Ship Management, Crowley Petroleum Services. Past VP Operations, ARCO Marine Inc. Past VP Chartering/Operations ATTRANSCO Ship Management. Senior management positions in fleet management, port operations, labor relations. Expert experience in the carriage of Clean Petroleum Products (CPP), Dirty Petroleum Products (DPP), Crude Oil, Grain, Charter Party administration, including Time Charter, Voyage Charter, COA's, Bareboat. Graduate of U.S. Merchant Marine Academy. Master, any Ocean, any Tonnage (Active License). Captain, USNR-R.

Member: BMS, CAMM, NI, NYMS

Mailing Address: 2 Laurel Oak Road, Amelia Island, FL 32034
Telephone: (904) 310-6216
E-mail: kp73@aol.com

**GREENLEES, J.N. (Jamie)**
Senior chartering negotiator with a major, international energy company. Experience in ship chartering, operations and claims settlement, as well as, commercial negotiations for cargo trading, supply operations (supply chain management and logistics), contracts for feedstock processing, floating storage, terminalling and facilities construction projects and plant repairs at various US and overseas locations. Member of shipbuilding/repair bid review and claims defense teams. Operations engineer/instructor/ EOOW at a US Navy nuclear submarine propulsion prototype.
Captain USNR (Ret.), Engineering Duty Officer. Supervised ship design, building, conversion, repair and acquisition, including "Commercial-Off-The-Shelf" procurement, and supervision of contracting and claim settlement.
Graduate of Webb Institute of Naval Architecture (BS) and Wharton Graduate School of U of Pennsylvania (MBA)
Registered Professional Engineer (New York)
Adjunct Professor SUNY Maritime College Graduate Program
Member: SNAME and ASNE

Mailing Address: 42 Tarn Drive, Morris Plains, NJ 07950
Telephone: (703)-846-4965 or (703)-346-6640
Fax: (703)-846-2367
Home Telephone: (973) 984-1045
E-mail: james.n.greenlees@exxonmobil.com

**HALPIN, Harold J.**
Chairman, President, CEO of Lamorte Burns & Co. Inc. which is correspondent for 14 P & I Clubs worldwide. 30 years of experience in all types of maritime cases and charter party disputes. Marine Insurance & Claims Association, Re-insurance Intermediary License, Notary Public.
Member: AAA (M), AsAvAd, MLA (NL)

Mailing Address: Lamorte Burns & Co., Inc., 64 Danbury Road, Wilton, CT 06897
Telephone: (203) 761-6000
Fax.: (203) 761-6007 Telex: 3722061
Home Telephone: (203) 226-0215
E-mail: hjhalpin@lamorte.com

**HAND, Michael J.**
Born 1949. Laytime and demurrage consultant specializing in chemicals, gas and clean petroleum products. Over 35 year's extensive experience in chartering, operations and management of dry cargo and tank vessels. Previously associated with dry cargo brokerage firms and dry cargo and tanker vessel Owners.

Mailing Address: 180 N. Virginia Ave., N. Massapequa, NY 11758
Telephone / Fax: (516) 249 9622
E-mail: mjhny@aol.com

**HANSEN, Svend H., Jr.**
Born 1934. Director, Hagedorn & Company, insurance brokers. Over 25 years experience in all aspects of liner and tramp agency, chartering and stevedoring with Hansen & Tidemann, Inc. Apprenticed in Copenhagen and Antwerp, worked in Mexico as shipbroker and agent, fluent in Spanish. Education: Princeton University, Harvard Business School, College of Insurance. Served as President, Association of Shipbrokers and Agents (USA), and Chairman, Liner Committee FONASBA (London). Trained Mediator.
Member: ASBA, MLA (NL)

Mailing Address: 6 Holly Lane, Rye, NY 10580
Telephone: (212) 269-1100 Direct: (212) 763-3423
Fax: (212) 363-3980
Home Telephone: (914) 967-6477 Home Fax: (914) 967-6451
E-mail: svend.hansen@hagedorn.com

**HARRIS, Jonathan P.**
Born 1950. Presently self employed as a consultant to the international shipping and commodities
trade. Experience since 1973 in contract and charter negotiations for the international and
domestic purchase, sale, and shipment of liquid and dry raw materials with Philipp Brothers,
Marc Rich, Foreign Ore, and Centrotrade Minerals & Metals, and most recently, Global
Operations Manager - ASM GmbH (Aluminum Silicon Marketing, Zug, Switzerland). Ocean
transportation experience as both an owner and charterer. BS & MBA. Conversant Spanish.

Mailing Address: P.O. Box 61, Hunter, NY 12442
Telephone: (518) 263-3850
Fax: (518) 263-3780
E-mail: jphglobal@gmail.com

**HARTMANN, Peter W.**
Born 1935. Director, Corporate Secretary, Mediterranean Shipping Company (USA) Inc. For
more than 30 years active in chartering and Liner agency. Has experience in Liner traffic,
claims, accounting, documentation. Apprenticeship in Philadelphia, London and Oslo.

Mailing Address: Mediterranean Shipping Company (USA) Inc., 420 Fifth Avenue, New York, NY
10018
Telephone: (212) 764-4800
Fax: (212) 764-8592
Home Telephone: (914) 337-8897

**HAWKINS, Nigel J.**
Born 1946. Vice President, N. W. Johnsen & Co., Inc. From 1990-2000, President, "K" Line
International (USA) Inc., a drycargo and tanker chartering firm. From 1977-1990, Vice
President, Trigon Chartering, Inc. From 1965-1977 with Howard Houlder & Partners Ltd., of
London but stationed in New York and Tokyo from 1970. Experienced in drycargo contracts of
affreightment, timecharter and operations.

Mailing Address: c/o N. W. Johnsen & Co., Inc., One Whitehall Street, New York, NY 10004
Telephone: (212) 248-0700
Fax: (212) 809-9036
E-mail: hawkinnj@intship.com
Home Telephone: (718) 855-8401

**HEDGER, Paul L.**
Born 1948. Thirty-five years of experience (including seven years seagoing) in international
shipping. Well versed in operations, chartering, contract negotiations, sale and purchase, freight
forward agreements, marine insurance, ship management and claims handling. Experienced in
dry bulk, oil, and container shipping. B.Sc. Nautical Studies, Liverpool.

Mailing Address: 2955 N. Tomahawk Trail, Tucson, AZ 85749
Home Telephone: (520) 760-4200
Fax: (520) 760-5042
Mobile Telephone: (520) 245-8527
E-mail: paullhedger@msn.com

**HOOD, James N.**
Born 1935. Consultant and company director. Formerly Chief Executive Officer of Teekay
Shipping Corporation. Twenty years seagoing experience including five years in command.
Twenty-eight years in various shore-based fleet management positions. Extensive experience in

all aspects of the commercial management of tankers and bulk carriers. Extra Masters Certificate of Competency, ICS (F), NI (F), ACIArb. Certified mediator (CEDR).

Mailing Address: James Hood LLC., 285 Highland Avenue, Norwalk, Connecticut 06854-4017
Telephone: (203) 831 9756
Fax: (203) 831 9757
E-mail: jhood12@attglobal.net or james.hood@usa.net


**KIMBALL, Philip B.**
Born 1940. Executive Director, Society of Naval Architects and Marine Engineers. Experience in ship design, ship construction, construction supervision, survey and operations; cargo handling, stowage and securing; intermodal container operations and transport; marine terminal design and operations; forensic engineering. Degrees of M.E. and M.S. in Mechanical and Ocean Engineering, Stevens Institute of Technology.
Member: ASME, ASNE, ICHCA, IMAREST (F), RINA (F), MTS, SNAME (F)

Mailing Address: Society of Naval Architects and Marine Engineers, 601 Pavonia Avenue, 4th floor, Jersey City, NJ 07306
Telephone: (201) 499-5054
Fax: (201) 798-7342
Cell: (201) 310-2607
E-mail: pbk@sname.org


**LETTENEY, David B.**
Graduate of Maine Maritime Academy (B.Sc.) and Wharton School, Univ. of Pa. (MBA, With Distinction). Sailed as deck officer five years, then in terminal and cargo operations for Grace Line including start-up of container operations to S. America. Served as Vice President, Intermodal Operations for Farrell Lines, Chairman of liner shipping conference and Executive Director of trade associations in the intermodal and refrigerated transportation industries. Author of numerous papers and articles on containerization, intermodalism and transportation of perishable commodities. Also familiar with liner service contracts, freight conferences and equipment leasing agreements.
Member: AAA, NASD, NYSE

Mailing Address: 13 Lilly Drive, Little Egg Harbor, NJ 08087
Telephone: (609) 812-0193
Fax: (609) 812-0194
E-mail: dletteney@verizon.net


**MANNION, Gerald M.**
Born 1953. Having held the positions of Chartering Manager and Operations Manager in the Marine Chartering Department of Sunoco, Inc., I have experience and background in negotiating charters for crude oil and refined products, lube oil, petrochemicals and LPG. Controlled a foreign flag time-chartered fleet for internal movements and out-charters to third parties. Worked with American flag tonnage as an owner and charterer. Was responsible for negotiation and settlement of all vessel claims and charter party disputes, particularly demurrage, cargo loss and contamination, and time charter performance.

Mailing Address: 144 Charles Drive, Havertown, PA 19083
Telephone: (215) 913-5625
Home Telephone: (610) 449-1797
E-mail: mannion1@comcast.net


**MARTOWSKI, David W.**
Born 1939. Member of the SMA since 1984 and Past President 2001-2005. Formerly Chairman, Thomas Miller (Americas) Inc., retired in 2004 after 25 years with Miller's.; graduated Boston College (B.S.) Fordham (J.D.) and New York University (LL.M. Int'l Law); formerly partner, Kirlin, Campbell & Keating; experienced all marine claims and charter party disputes; familiar with

offshore oil/gas operations; Co-author "Voyage Charters" (Lloyds of London Press - 3rd ed. 2007). Mediator certification at Harvard and Pepperdine Law Schools.
Member: CMA, LMAA (S), MLA

Mailing Address: 91 Central Park West, New York, NY 10023
Telephone: (212) 579 6224/(212) 873 7875
Fax: (212) 579 6277
E-mail: dmartowski@verizon.net


**MEASTER, Charles L.**
Born 1942. President, MAP Logistics, Inc. since 1976. Extensive experience in all aspects of dry and tanker transportation, vessel operations, finance and sale and purchase. Graduate of St. Francis College, BA., Columbia University, MA, and St. Johns University School of Law.
Member: AAA, ASBA, American Bar Association (ARD Section), Association for Conflict Resolution, Better Business Bureau Arbitrator/Mediator, Dispute Settlement Center - Board Member/Mediator, HKIAC, SIAC, Institute for Transnational Arbitration, International Chamber of Commerce Arbitration Panel, NASD(A), NYSA(A), SNAME, New York Coffee, Sugar and Cocoa Exchange Arbitration Panel. Certified Mediator.

Mailing Address: 2430 Bent Twig, Seabrook Island, SC 29455
Telephone: (203) 966-0833
Fax: (203) 972-6736
E-mail: cmeaster@comcast.net
Home Telephone: (843) 768-2520


**MEEHAN, Robert C.**
Born 1955. Tanker broker & partner at Eastport Maritime (2002-), specializing in the chartering of parcel chemicals, blendstock commodities, lube oil, contracts of affreightment and time charters. Formerly, founder of Olechem Chartering (1990-2002), specializing in the chartering of olefin gas, LPG & chemicals. In addition, extensive experience gained from prior employment at Seabrokers (1985-1990) & A. Johnson & Co. (1978-1985) in agency/operations, dry cargo, crude & product tanker chartering. Graduate of St Johns Univ. (CBA '77); post-graduate studies at SUNY Ft. Schuyler Graduate program, World Trade Institute and CLE Institute.

Mailing Address: 141 DeMott Avenue, Rockville Centre, NY 11570.
Telephone: (516) 678-3384
Fax: (516) 678-0396
E-mail: olechem@aol.com


**MORDHORST, Klaus C.J.**
Born 1939. Member of the SMA since 1974. President of Leffler Chartering, Inc., a ship-brokerage, agency and consulting firm. Formerly with Transamerican Steamship Co., Wrightson Shipping Co. and Birmingham Bell Corp. Worked as shipbroker in Germany (1958/62), England (1962/64) and Japan (1964/67) prior to settling in New York, USA in 1967. Experienced in chartering and operations.
Member: ASBA, CMA, MLA (NL), GMAA, LMAA(S)

Mailing Address: Leffler Chartering Inc., 47 Cherry Tree Lane, Kinnelon, NJ 07405
Telephone: (973) 492-9472 or (973) 291-4640
Fax: (973) 492-1456
Home Phone: (973) 838-3017
Home Fax: (973) 492-1456
E-mail: klausm@lefflerchartering.com


**MUFF, Walter R.**
Born 1936. Maritime/Commercial Arbitrator and Consultant. Retired 12/31/99 as Vice President and Secretary from Garnac Grain Co., Inc. and Norfoods, Inc. Employed in the grain export business for over 41 years. Duties included the handling of arbitration, disputes and claims arising from commodity transactions and from chartering of vessels; corporate risk management.
Member: MLA (NL)

Mailing Address: 6505 West 92nd Street, Overland Park, KS 66212-1374
Telephone: (913) 381-3470
Fax: (913) 381-3494
E-mail: WalterMuff@aol.com

**NERGAARD, Bengt E.**
Born 1954. JD from the University of Oslo/Scandinavian Institute for Maritime Law (1979). Author of textbook on yacht law and frequently used as lecturer on marine insurance and maritime law issues. Intimate knowledge of charter party disputes. Experienced in all types of P&I, and H&M claims. Arbitrator since 1995. Certified mediator.

Mailing Address: 507 Westover Rd. Stamford, Ct 06902
Telephone: ((203) 984 6164
Fax: (203) 325 1378
E-mail: nergaard@optonline.net

**NICHOLS, Alexis**
Born 1933. Past President, Marine Management Services MC, ship managers of a fleet of tankers and dry cargo vessels (1970-1999). Past President, Society of Maritime Arbitrators. Over 40 years experience in chartering, ship operations, S & P and claims. Holds degrees from Athens College and Edinburgh University. Trained Mediator.
Member: AAA, ABS, MLA (NL)

Mailing Address: 25 Hutchinson Avenue, Scarsdale, NY 10583
Telephone: (914) 725-1007
Fax: (914) 725-1127
E-mail: AlexisNichols@aol.com

**NORZ, Charles H.**
Born 1937. President, Seacrest Associates, Inc. (Marine Consultants). Graduate U.S. Merchant Marine Academy, 1959. Sailed as Third Officer for Grace Lines. States Marine Lines bulk division - two years in operations department. Triton Shipping, Inc (C.M. Lemos interests) - eleven years as Chartering Manager. Amerada Hess Corporation, twenty-two years, retired as senior Vice President in charge of supply and transportation department involving all aspects of marine transportation and supply operations. Bulk shipping instructor for the continuing education department at the U.S. Merchant Marine Academy. Assistant Professor, Massachusetts Maritime Academy.
Member: ABS, SNAME

Mailing Address: Seacrest Associates, Inc., 2 Seacrest Road, Old Saybrook, CT 16475
Telephone: (860) 388-2463
Fax: (860) 395-4224
E-mail: chaskbeach@comcast.net

**NOTIAS, Nicholas X.**
Vice President of Independence Maritime Agency, Inc., a shipping agency and brokerage firm. Extensive experience in the day to day commercial operations of dry-bulk carriers (handymax / panamax carriers), time/voyage charters, charter party disputes, laytime issues, ship S&P, insurance placement (H&M, P&I, War Risk), claims experience in cargo, P/A & G/A, technical experience in ship repairs and repair contracts, paint coatings and dry-dockings. Yachting industry experience for motor yachts including brokerage, construction and transport. Graduate Fordham University MBA '90, BA '88.
Member: ABS, Lloyds' Register American Committee

Mailing Address: Nicholas X. Notias, c/o Independence Maritime Agency, Inc., 39 Broadway - Suite 2140, New York, NY 10006
Telephone: (212) 425-8608
Fax: (212) 509-8681
E-mail: INDMARAGE@AOL.COM OR MAIL@INDEMARITIME.COM

**NOTTINGHAM, Milton G., Jr.**
Chairman, Pacific Cargoes, Inc. U.S. Merchant Marine Academy alumnus. Served at sea in grades from seaman to Master. Over 30 years experience in various facets of marine transportation, including vessel operations, port operations, and chartering. Chartering broker for the ocean transportation of bulk commodities. Marine Consultant.
Member: AAA, NYSE (A)

Mailing Address: 1629 "K" Street NW, Suite 700, Washington, DC 20006
Telephone: (202) 785-3400
Fax: (202) 296-1160
Home Telephone: (202) 244-1244
E-mail: dcapt@aol.com

**PAPPAS, Katherine A.**
Assistant to the President, Southern Star Shipping Company, Inc. Formerly with Canadian American Transport, Inc., in vessel operations, chartering and brokerage. Experienced in all types of maritime disputes under contracts of affreightment, voyage and time charter parties, representing both owners and charterers. M.A. Columbia University; M.A. New York University.

Mailing Address: Southern Star Shipping Company, Inc., 712 Fifth Avenue, New York, NY 10019-4102
Telephone: (212) 554-0100 (Direct 554-0167)
Fax: (212) 957-1366
Home Telephone/Fax: (212) 666-3664
E-mail: kpappas823@gmail.com

**PENDER, Thomas P.**
Born 1925. Maritime Consultant and Arbitrator. Formerly Vice President, Marine Insurance and Administration, Associated Metals and Minerals Corp. Graduate University of Miami (FL) and St. John's University Law School. Experience in all forms of Charter party disputes, Marine casualties, Cargo losses.
Member: AAA (M), MLA, NASD, NYSE (A)

Mailing Address: 7800 Shorefront Parkway, Apt. 9K, Rockaway Beach, NY 11693
Telephone: (718) 945-5915
E-mail: Thomas.Pender@gmail.com

**POE, Eddie J.**
Born 1941. F.F.A. Broker, Pasternak, Baum & Co., Inc. Formerly: President, Liberty Chartering Inc., Vice President, Norton Lilly International Inc. President, Cast Ship Chartering Inc.; Vice President, Navios Corporation; Vice President and Chartering Manager of Greenwich Marine Inc. Sailed as a deck officer on U.S. flag vessels. Graduate of U.S. Merchant Marine Academy, and American Graduate School of International Management.

Mailing Address: P.O. Box 140456, Staten Island, NY 10314-0456
Telephone: (914) 630-8107
Fax: (914) 630-8120
Home Telephone: (718) 981-3599

**QUINN, William H.**
Born 1951, Graduate S.U.N.Y. Maritime College, Fort Schuyler B.S. Marine Transportation, 1973. Sailed as third mate with Farrell Lines and Berwind Lines. Presently engaged in dry/wet cargo chartering services for Greenwich Shipping Services, Inc. in Island Park, NY. Previously associated with Commodity Specialists Company (Pillsbury), Philipp Brothers, Century Chartering, E.D.& F. Man, Marc Rich, Louis Dreyfus and Bunge Corporation. Extensive experience with all types of dry cargo, time/voyage charters, freight analysis and operations.

Mailing Address: Greenwich Shipping Services, Inc., PO Box 211, Island Park, NY 11558
Telephone: (516) 431-6800

E-mail: greenwich.shipping@verizon.net


**RING, John F., Jr.**
Born 1937. Member of SMA since 1970. President Century Shipping USA, Inc. Adjunct
Professor at USMMA and Director of the Global Maritime and Transportation School (Post
Graduate School). Formerly Chartering Manager of Bunge Grain Co. (Voyage and
Timecharters), President/CEO of Mercantile Marine, Inc. (Owners & Operators) and Partner,
McQuilling Tanker Brokers. Extensive experience in all aspects of dry cargo and tanker marine
transportation including vessel operations, chartering, sale & purchase and ship finance.
Graduate of U.S. Merchant Marine Academy and served at sea on U.S. Navy and Merchant
vessels.
Member: AAA, ASBA, CMA, MLA(NL), NCB, NYMS, SNAME

Mailing Address: Century Shipping USA Inc. 550 Roslyn Road, East Williston, New York
11596-2013
Telephone: (516) 739-1260
Fax: (516) 739-1261
Home Telephone: (516) 742-5219 Cell Phone: (917) 856-6160
E-mail: centuryshipping@optonline.net


**ROSS, Gerald J.**
Formerly President of Admiralty Agencies, Inc. Graduate U.S.M.M.A. Six years sea service,
including master tanker/dry bulk vessels. Extensive shipping experience/attendance in
India/Pakistan/Bangladesh/Egypt and in carriage of petroleum products, grains, edible oils/oil
seeds, the lighterage thereof including use of pneumatic equipment. Experience as T/C
charterer/operator and with ship sale/purchase contracts. Cargo/hull surveyor of vessels/barges
with shipyard experience. Active maritime arbitration disputes NY/London and in commodity
contract arbitrations under FOSFA/GAFTA London. Familiar with salvage arbitration.

Mailing Address: 660 Straffan Drive (Unit 104), Timonium, MD 21093
Telephone: (410) 308-9940
Fax: (410) 308-9941
E-mail: captgjross@aol.com


**RUDOLPH, Richard E.**
Born 1952. President, Seaside Navigation, USA, Inc., Graduate SUNY Maritime College and
Licensed Deck Officer. Former Governor, Association of Ship Brokers and Agents (USA), Inc.
30 years experience as dry cargo broker and operator representing Owners, Timecharterers and
Charterers.

Mailing Address: 855 Van Buren St., Baldwin, NY 11510
Telephone: (516) 623-0972
E-mail: rr@seaside-usa.com


**SANTINI, Basil A.**
Born 1940. Partner (Vice Chairman), MID-Ship Marine, Inc., specializing in all phases of Ocean
Transportation Consulting, chartering, shipbrokerage, logistics and operations, maintaining
offices in New York, Florida, Singapore and Brazil. Employed in maritime industry since 1958.
Holds rank of Cdr. in U.S. Naval Reserve — Retired. Sailed as Deck Officer on U.S. flag
carriers. Graduate U.S.M.M.A., 1962.

Mailing Address: 167 Roxbury Road, Garden City, NY 11530-1215
Home Telephone: (516) 741-7768
Country Telephone: (631) 734-6354
E-mail: bsantini@midship.com


**SICILIANO, A.J.**
Born 1941. Past President SMA 1995-1997. President, Sentry Marine Services Inc. (shipbrokers
and consultants). Formerly, President of Atlas Navigation Corp. and Vice President American

Case 1:11-cv-03310-WHP    Document 1    Filed 05/16/11    Page 43 of 47

Bulk Carriers Inc. and Good Hope Shipping & Trading Corp. Experienced in dry cargo, tanker and containership administration, chartering, operations, sale and purchase. Extensive background in hull, cargo, P & I and charterers' liability insurance and claims including general average and salvage.
Member: AAA (M), AsAvAd (S), CMA, MLA (NL)

Mailing Address: Sentry Marine Services, Inc., 9199 Chatham Circle, North Ridgeville, OH 44039
Telephone: (631) 360-3580
Fax: (631) 360-3560
Home Telephone: (440) 327-7313
E-mail: ajsmarine@aol.com

**SONDHEIM, Herbert**
Born 1927. Retired Vice President, Treasurer, Kersten Shipping Agency, Inc. Member of the SMA since 1975, graduate, Baruch School of Business Adm., B.B.A. in accountancy. Over 50 years experience in ship management, chartering, operations, agency and ship accounting. Active as representative for both charterers and owners. Also director of shipowning companies and officer of contract carrier firm; mainly dry cargo.
Member: AAA (M), NYSE (A)

Mailing Address: 75-20 170th Street, Flushing, NY 11366-1342
Telephone: (718) 969-2001
Fax: (718) 969-3672
E-mail: hsondheim@aol.com

**SPAULDING, Jr., Robert J.**
Born 1957. Shipbroker and partner, Quincannon Associates, Inc. specializing in the chartering of chemical, fertilizer, molasses, acid, gas and product tankers. Formerly: Stolt-Nielsen operations department involved in vessel operations and cargo handling of chemical and product tankers as well as regulatory issues; Texaco's U.S. Fleet operations and labor relations departments handling vessel scheduling, operations and crewing issues. Sailed as a deck officer on Texaco's crude, product and specialty tankers. A graduate of the U.S. Merchant Marine Academy in 1979.

Business Address: Quincannon Associates, Inc., One Rockefeller Plaza, Suite 220, New York, NY 10020
Telephone: (212 246-0060
Fax: (212) 307-6088
Email: ship@quincannon.com
Mailing Address: 4 West Wind Lane, Wilton, CT 06897-4552
Telephone: (203) 210-7344
Fax: (203) 846-9921
Cell: (203) 856-1388
Email: KP79@aol.com

**SPITZ, C. Eugene**
Born 1927. Maritime Arbitrator. Retired Vice President, Insurance Claims and Safety Sea-Land (23 years). Previously Admiralty Attorney for Amoco (11 years). Sailed Deck Officer Tankers and Freighters. Graduate USMMA and University of Missouri School of Law. In- depth experience in a broad range of claims arising from vessel ownership/operations as both charterer and owner.

Mailing Address: 31 Leeds Lane, Greenbriar at Whittingham, Monroe Twp., NJ 08831
Telephone: (609) 395-8304
Fax: (609) 860-1746
E-mail: gspitz6275@aol.com

**SZOSTAK, Donald J.**
Born 1934. Maritime consultant. Since 1959, business activity involved ship chartering, operations, maintenance, construction, design, finance and insurance, specializing in wet and dry bulk vessels including OBO, LNG, LPG, ammonia and chemical carriers. Formerly President,

Energy Transportation Corporation; President, Navios Corporation; Vice- President, Marine Transport Lines, Inc. BS from Webb Institute of Naval Architecture. Registered Professional Engineer, Commonwealth of PA. Available for hearings in NYC and elsewhere.
Member: NASD (A), RINA, SMPE, SNAME

Mailing Address: 14 Meadowood Drive, Exeter, NH 03833
Telephone: (603) 773-2065
Fax: (603) 849-0202
Cell: (603) 490-3949
E-mail: djszostak@hotmail.com or djszostak@aol.com


**TSAGARIS, Constantine (Dean)**
Born 1961. Manager Handymax Trading, Navios Corporation. Formerly: President Eagle Navigation Inc., Commercial and Insurance Manager Millenium Maritime Services Inc. Fully versed in all aspects of dry cargo sector particularly time and voyage chartering, operational and insurance matters. Versed in Forward Freight Agreements (FFAs).
Masters Degree- S.U.N.Y. Maritime
Bachelors Degree- Villanova University
Member: Baltic Exchange; Hellenic/American Chamber of Commerce
AsAvAd Certified
Trained Mediator

Mailing Address: 25 Mount Holly Road East, Katonah, NY 10536
Home Telephone: (914) 767-3741
Mobil Telephone: (914) 220-2248
E-mail: Eaglenav@hotmail.com or Eaglenav1@aol.com


**TYD, Robert W.**
Born 1923. Ship broker, arbitrator, consultant. Principal, Tydeship NY. Active in shipping since 1947. Dry cargo, tanker and reefer chartering. Fleet management and operations. Ship sales and purchase. B.S., Fordham University, 1951.

Mailing Address: Tydeship NY, P.O. Box 71, Bethpage, NY 11714-0071
Telephone: (516) 822-1139
Fax: (516) 822-1224
E-mail: rtyd1@verizon.net
(AOH) (516) 433-8572


**UMBDENSTOCK, Robert P.**
Born 1945. Marine Casualty Specialist. Shipowners Casualty Representative (SCR) at Lloyd's (SCOPIC). Thirty years international experience managing operations and contracts in salvage, wreck removal and oil spill response operations for P&I Clubs, hull underwriters, owners, operators, salvage companies and maritime attorneys. Formerly President of Donjon Environmental Marine Services LLC, Operations Manager for Marine Spill Response Corporation and Project Manager for Alex Rynecki, Inc. Ex-U.S. Navy Salvage & Diving Officer. Graduated Dartmouth College, 1967.
Member: CMA, MLA (NL), SCR Panel, SNAME, Propeller Club

Mailing Address: Resolve Marine Group, 1850 SE 17th Street, Ste. 204,Fort Lauderdale, FL 33316
Telephone: (954) 764-8700
Fax: (954) 764-8724
Cell: (954) 609-2601
E-mail: bumbdenstock@resolvemarine.com


**van GELDER, Michael A.**
Born 1922. Maritime arbitrator and consultant. Chartering experience in New York, London and Paris. Active in shipping industry since 1946; dry cargo operations, chartering and brokerage, fleet management, grain elevator, and stevedoring contracts. Arbitrator since 1965. Specialized in charter party disputes of all types. Member SMA since 1964, President 1972-74, 1979-1982. Director, American Arbitration Assn. 1981-84.

Member: LMAA (S)

Mailing Address: 13914 Big Yankee Lane, Centreville, VA 20121-2675
Telephone: (703) 266-2791
Fax: (703) 266-8694
E-mail: emmveegee@aol.com

**VENTURAS, Evangelos**
Born 1942. President, Venturas Ship Chartering Ltd., a ship and cargo brokerage company
founded in 1979. 1972-1979 United Operators Shipping Agencies Corp. New York Office of NJ
Goulandris Ltd., London. Responsible for worldwide chartering and operations of dry cargo
vessels and tankers. 1970-1972 Greenwich Marine Incorporated. Responsibilities included
worldwide grain chartering and operations. 1968-1970 Cargill Incorporated, grain merchandising
position. Graduate School of Business Administration, New York University, M.B.A. Degree in
1968.

Mailing Address: Venturas Ship Chartering Ltd., 26 Broadway, Suite 731, New York, NY 10004
Telephone: (212) 363-3450
Fax: (212) 269-0865
Home Telephone: (914) 779-4390
E-mail: venturas.chartering@verizon.net

**VISMANS, Pieter L. M.**
Born 1927. More than 40 years experience in executive positions in vessel management and
chartering. Special emphasis on coal, coke and petroleumcoke imports, exports and all related
matters. Member SMA since 1968. Extensive participation in arbitration.
Member: AAA (M), MLA (NL)

Mailing Address: One Claridge House, Apt. 218, 1 Claridge Drive, Verona NJ 07044
Telephone: (973) 857-5126
Fax: (973) 857-9591
E-mail: plumvis@aol.com

**WARFIELD, James J.**
Born 1944. Member of the SMA since 1994. Vice President Wealth Management with Morgan
Stanley. From 1991 to 1999 President of U.S. Titan, Inc. an oil shipping and trading company.
Previously President, Burmpac Oil Company 1986-91. From 1973-86 with Burmah Oil Tankers
Ltd. as Executive Vice President and President of Burmah Oil Transshipment Ltd. Emphasis of
experience is the commercial, financial and operational aspects of oil tankers, oil terminals, and
oil trading. B.S. Economics 1966 Juniata College, MBA 1975 New York Institute of Technology,
Certified Financial Planner 2005

Mailing Address: 36 The Mews, Syosset, NY 11791
Office Telephone: (516) 932-4849
Office E-mail: james.warfield@mssb.com
Home Telephone: (516) 496-4013
Home E-mail: jjwarf@optonline.net

**WHEELER, Wesley D.**
Born 1933 in ship and yacht building family where served apprenticeship in all departments.
Designed most types of vessels as naval architect and marine engineer with leading firms and
own firm of 20 employees. Port engineer and construction supervisor newbuildings, conversions
and repairs. Operated USA and foreign vessels. Maritime forensic expert, surveyor, consultant in
shipyard, ship+yacht design and shipyard representative for: ThyssenKrupp Marine Services'
yards, Blohm+Voss Repair, Hamburg and Hellenic Shipyards, Greece; 2x1 Media, Romania;
UNB, Barcelona; all China yards via Shanghai Leader Marine Co., Shanghai and Naftosol,
Perama, Greece. Hold MSE (NA&ME) U Michigan, BSME-WPI, PhD (hon) Cambourn University
Eur.Ing.
Member: AINE, IMarEST, CMA, RINA, SMPE, SNAME, MLA(NL)

Mailing Address: Wesley D. Wheeler, M.S.E., 95 Mill Spring Lane, Stamford, CT 06903-1635

Telephone: (203) 329-1680
Fax (203) 968-2150
Mobile: (917) 855-2850
E-mail: shipyards@weswheeler.com
URL=www.weswheeler.com


**WINER, Joseph H.**
Born 1923. Consulting Engineer and Marine Survey or. Sailed unlicensed and licensed on tanker
and dry cargo vessels. Formerly, Vice President American President Lines later President,
Hudson Engineering Co. Licensed Chief Engineer steam and motor vessels. Degrees of
Mechanical Engineer and Master of Science, Stevens Institute of Technology. Registered
Professional Engineer, New York and New Jersey.
Member: ASME, ASTM, NSPE, SMPE, SNAME

Mailing Address: 159 Kingsland Road, Boonton, NJ 07005
Telephone: (973) 334-9244
Fax: (973) 334-6915
E-mail: josephwiner159@hotmail.com


**WISWELL, Peter S.**
Born 1951. Manager, Response and Strategic Projects, Water Quality Insurance Syndicate.
Formerly President, Southport Associates, Inc., with primary responsibilities including
management of vessel pollution incidents and mortgagor/mortgagee insurance consulting;
President, TBS Adjusting, Inc., with general U.S. commercial correspondent status on behalf of
International Group P&I Club; graduated Middlebury College (B.A.) and Tulane University School
of Law (J.D.); formerly partner, Freehill Hogan & Mahar. Experienced in all types of P&I and
pollution related claims, including ocean, tug/barge, and oil field.
Member: CMA, MLA

Mailing Address: 70 West 93rd Street, Apt.24F New York, New York 10025
Telephone: (203) 434-5641 or (212) 292-8700 (ext.15)
E-mail: pwiswell@southportassoc.com


**WOLMAR, Soren**
Born 1948. Ship broker and partner, Quincannon Associates, Inc., a ship broker firm
specializing in chartering of chemical, gas and product tankers. Acting as charterer's broker and
consultant for chemical producers, oil companies and trading companies. Formerly chartering
manager of Danish ship owner, Weco-Shipping I/S (Rederi A/S Dannebrog), in charge of
chartering, operation and sale and purchase. Also worked for Reederei John T. Essberger,
Hamburg and James Burness & Sons Ltd., London with tankers as well as dry cargo vessels.
Trained Mediator.
Member: ASBA, MLA (NL)

Mailing Address: Quincannon Associates, Inc., One Rockefeller Plaza, Suite 220, New York, NY
10020
Telephone: (212) 246-0060
Fax: (212) 307-6088
Home Telephone: (516) 883-3462
Cell: (516) 236-3141
E-mail: swolmar@quincannon.com


**YEARWOOD, Donald R.**
Born 1939. Principal in Management Consulting Firm, Sanborn Yearwood & Associates.
Formerly Chairman/CEO of U.S. and foreign shipping, trading and brokerage companies dealing
with all cargoes and ship types (tankers, bulk carriers, container, LNG). Former
Director/Chairman Shoreline Mutual and Arvak and various public companies. Worked in
Europe, Middle East and Japan. Experience as an owner, charterer and broker with charter
parties, sale and purchase, financing, newbuildings, technical (design and repair) matters and
general management. Graduate of USMMA (BS) and City University of New York (MBA). Adjunct
Professor at St. John's University (Int'l Trade), George Washington University (General
Management - Masters' Program) and University of Maryland. Available for hearings in New

Case 1:11-cv-03310-WHP   Document 1   Filed 05/16/11   Page 47 of 47

York.
Member: ABS, API, SMPE, SNAME

Mailing Address: Sanborn Yearwood & Associates,
651 Ranger Court, Davidsonville, MD 21035
Business Telephone/Fax: (410) 956-8940
Cellular: (443) 822-1033
Home Telephone: (410) 956-8802
E-mail: dryearwood@verizon.net